## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | Case No. 1:20-cr- 06-01-PB |
| CHRISTOPHER C. CANTWELL, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

**The Grand Jury charges:**

### COUNT ONE
### 18 U.S.C. § 875(b)
### Extortionate Interstate Communications

On or about June 16, 2019, within the District of New Hampshire and elsewhere, the defendant,

### CHRISTOPHER C. CANTWELL,

with intent to extort from Victim 1 a thing of value, namely, personal identifying information for a man known by the on-line pseudonym "VM," and for the purpose of issuing a threat and with knowledge that the communications would be viewed as a threat, transmitted a communication in interstate commerce containing a threat to injure the person of another.  The defendant sent an instant message through the Telegram Messenger app to Victim 1 stating, "So if you don't want me to come and f*ck your wife in front of your kids, then you should make yourself scarce[.] Give me Vic, it's your only out."

In violation of Title 18, United States Code, Section 875(b).

1

## COUNT TWO
## 18 U.S.C. § 875(c)
## Threatening Interstate Communications

On or about June 16, 2019, within the District of New Hampshire and elsewhere, the defendant,

## CHRISTOPHER C. CANTWELL,

for the purpose of issuing a threat and with knowledge that the communications would be viewed as a threat, transmitted a communication in interstate commerce containing a threat to injure the person of another. The defendant sent an instant message through the Telegram Messenger app to Victim 1 stating, "So if you don't want me to come and f*ck your wife in front of your kids, then you should make yourself scarce."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

Date: January 22, 2020         /s/ Foreperson
                               Foreperson

SCOTT W. MURRAY
United States Attorney

By:   /s/ John S. Davis
      John S. Davis
      Anna Krasinski
      Assistant United States Attorneys