UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>CHRISTOPHER CANTWELL          )<br>_____ | Cr. No.  1:20-cr- 06-01-PB |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 22nd day of January, 2020.

This 22nd day of January, 2020.

SCOTT W. MURRAY
United States Attorney


By: /s/ John S. Davis
    John S. Davis
    Assistant U.S. Attorney


WARRANT ISSUED:  _____