AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire


RECEIVED JAN 22 2020 US MARSHALS SERVICE

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:20-CR-06-PB-01 |
| CHRISTOPHER C. CANTWELL | ) |
| | ) |
| | ) |
| Defendant | |

FILED 2020 JAN 23 PM 1:46 US DISTRICT COURT DISTRICT OF NH

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHRISTOPHER C. CANTWELL ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 875(b) - Extortionate Interstate Communications

Count 2: 18 U.S.C. § 875(c) - Threatening Interstate Communications

Date:   01/22/2020

*Issuing officer's signature*

Brier Temple, Deputy Clerk
*Printed name and title*

City and state:   Concord, New Hampshire

---

### Return

This warrant was received on *(date)* 1/22/2020 , and the person was arrested on *(date)* 1/23/2020
at *(city and state)* Keene, NH .

Date: 1/23/2020

*Arresting officer's signature*

Wesley Garland, Special Agent
*Printed name and title*