UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 23 2020

FILED

IN RE THE MATTER OF:

Chistopher C Cantwell  Case No. 20-cr-06-01-PB
(Petitioner's Name)                    (If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Christopher Cantwell, respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/23/2020

x C Cantwell
Signature of Petitioner

## RULING BY JUDICIAL OFFICER

☒ Request Approved. Appoint Counsel.
☐ Request Denied.
☐ Other: _____

Date: 1/23/2020

_Andrea K. Johnstone_
U.S. Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)