UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Case No. 20-cr-06-01-PB |
| ] | |
| CHRISTOPHER C. CANTWELL ] | |

## APPEARANCE

Please enter my appearance as co-counsel for the defendant, Christopher C. Cantwell, in the above-entitled case.

Respectfully submitted,

By His Attorney,

Date: January 24, 2020

/s/ *Jeffrey S. Levin*
Jeffrey S. Levin (N.H. Bar No. 12901)
Assistant Federal Defender
Federal Defender Office
22 Bridge Street, 3rd Floor
Concord, NH 03301
Tel. (603)226-7360
E-mail: Jeff_Levin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served upon the following individuals on January 24, 2020, and in the manner specified herein: electronically served through CM/ECF to AUSA John Davis and AUSA Anna Krasinski, attorneys for the Government.

/s/ *Jeffrey S. Levin*
Jeffrey S. Levin