# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

2020 JAN 27 P 3:19

United States of America

v.

Christopher Cantwell

Case No. 20-CR-06-PB

## STIPULATION TO DETENTION AND WAIVER OF DETENTION HEARING

I hereby waive my right to a detention hearing as provided in:

- [✓] 18 U.S.C. 3142(f), pending trial**
- [ ] 18 U.S.C. 3148(a), revocation of release/pending trial**
- [ ] Fed.R.Crim.P. 46(c) and 18 U.S.C. 3143, pending sentence
- [ ] Fed.R.Crim.P. 32.1(a)(1) and Fed.R.Crim.P. 46(c), pending revocation of probation/supervised release hearing

without prejudice, and stipulate to detention.

Date: 01-27-2020

_____
Defendant

Date: 01-27-2020

_____
Counsel for Defendant JEFFREY LEVIN, AFPD

**STIPULATION APPROVED.**

Date: 1·27·20

_____
United States Magistrate Judge
✓ United States District Judge

cc: US Attorney
    US Marshal
    US Probation
    Defendant's Counsel

**The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court for the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

USDCNH-31 (5-99)