IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.                       ] | No. 20-CR-00006-PB |
| ] | |
| CHRISTOPHER CANTWELL ] | |
| ] | |

## ASSENTED TO MOTION TO SCHEDULE DETENTION HEARING

Christopher Cantwell respectfully moves the Court to schedule a detention hearing pursuant to 18 U.S.C. § 3142(f).[1]

As grounds for this motion, it is stated:

On January 22, 2020, the government indicted Mr. Cantwell for allegedly violating sections (b) and (c) of 18 U.S.C. § 875. Both counts cite a written communication allegedly transmitted in June 2019.

On January 23, 2020, Mr. Cantwell had his initial appearance. The Defendant agreed to be temporarily detained, and the Court scheduled a detention hearing for January 28, 2020. On January 27, 2020, the Defendant submitted a "Waiver of Detention Hearing" form in which he waived his hearing under 18 U.S.C § 3142(f) "without prejudice, and stipulate[d] to detention."

Such a waiver without prejudice reserves the defendant's right to seek a detention hearing at a later date. The Defendant hereby seeks such a hearing to address his release.

Counsel for the government, through AUSAs John Davis and Anna Krasinski, does not object to the scheduling of this hearing. The government wished to note that it

---

[1] No memorandum accompanies this motion because one is not necessary as the government has assented to the motion.

1

was unavailable on March 21, 2020, and would request that the Court not schedule the hearing that day. The Defendant does not object to this scheduling request.

WHEREFORE, Christopher Cantwell respectfully moves the Court to schedule a detention hearing as soon as the Court's calendar permits.

Respectfully submitted,

/s/ Eric Wolpin
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender
Eric_Wolpin @fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020 the above document was served electronically upon all counsel of record through the CM/ECF filing system.

/s/ Eric Wolpin
Eric Wolpin