**B**

# RECOGNIZANCE

Va. Code §§ 9.1-185, 9.1-185.8, 19.2-123, 19.2-143, 19.2-258

Jan 31, 2018     02:00 PM
HEARING DATE AND TIME

Albemarle CIRCUIT
COURT – CITY OR COUNTY

501 East Jefferson Street, Charlottesville, VA 22902
COURT – STREET ADDRESS

[x] Commonwealth of Virginia    v. Cantwell, Christopher Charles
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ] _____

Leesburg, VA 20175
DEFENDANT – RESIDENTIAL ADDRESS AND TELEPHONE NUMBER

Mailing address: [x] Same as above OR [ ] _____
I certify that this document contains my current mailing address.

CHARGES(s):

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 003GM1700004937 | WPN-5240-F6 | 18.2-312 | 003CR1700078400 |
| | DANGEROUS GAS: UNLAWFUL RELEASE CAUSE INJURY | | |
| 003CR1700084500 | WPN-5239-F3 | 18.2-312 | 003CR1700084500 |
| | ILLEGAL USE OF GAS: MALICIOUS | | |

FILED 2017 DEC -8 AM 9:54 CIRCUIT COURT CLERK'S OFFICE ALBEMARLE COUNTY, VA JON R. ZUG, CLERK D.C.

[ ] Addendum listing additional charges is attached and incorporated.

**I, THE DEFENDANT,** as a condition of my release from custody, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [ ] may [x] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below.

PLACED ON H.E.M., LEAVE RESIDENCE ONLY TO MEET ATTY, MAY NOT LEAVE STATE OF VA; MUST RESIDE IN THE STATE OF VA, NOT A HOTEL; DO NOT POSSESS ANY FIREARMS. or reside in a residence that posses firearms, neither posses or consume illegal drugs or alcohol, travel only in a 22 miles radius To reside at a residence approved by the court and from that residence To wear at scram bracelet at all times, No contact direct or indirect w/ the victims, including but not limited to using names or identifying them by specific characteristics which identify them on social media or radio broadcast

**I, THE DEFENDANT, UNDERSTAND THAT:** (1) If I fail to obey the conditions, I may be ARRESTED and, bail may be revoked; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in the Circuit Court on a misdemeanor charge, I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) **I must promptly notify the court of any change in my mailing address or where I live while this case is pending.**

_____                12/07/2017        4-26-2018
SIGNATURE OF DEFENDANT                        DATE

CBR 003CM1700007648     CC

FORM DC-330 (MASTER, PAGE 1 OF 2) 10/11
SCANNED

a true copy TESTE:
JON R. ZUG, CLERK
by: _____
~~Deputy~~ Clerk