

## Albemarle County Circuit - Criminal Division
### Pleadings/Orders Detail

**Case Number:** CR17000784-00

| Filed | Type | Party | Judge | Book | Page | Remarks |
|---|---|---|---|---|---|---|
| 11/28/2017 | Gd Paperwork | | | | | GENERAL DISTRICT PAPERWORK |
| 12/04/2017 | Indictments | | | | | DEC TERM 2017 |
| 12/04/2017 | Other | | | | | CONTINUED CUSTODY |
| 12/07/2017 | Motion | | | | | MOTION TO AMEND BOND |
| 12/08/2017 | Bond | | | | | RECOGNIZANCE |
| 12/08/2017 | Other | | | | | RELEASE ORDER |
| 12/11/2017 | Motion | | | | | ENLARGE CONDITIONS OF BOND |
| 12/11/2017 | Motion | | | | | AMEND ENLARGE BOND |
| 01/03/2018 | Motion | | | | | FOR SPECIAL PROSECUTOR |
| 01/03/2018 | Motion | | | | | TO CHANGE VENUE |
| 01/04/2018 | Motion | | | | | MOT FOR ENLARGEMENT |
| 01/22/2018 | Subpoena | | | | | RETURNED SUBPOENA |
| 01/19/2018 | Order | | CVH | | | BOND ORDER |
| 01/23/2018 | Subpoena | | | | | SUBPOENA |
| 01/30/2018 | Motion | | | | | C/A RESPONSE TO CHANGE VEN |
| 01/30/2018 | Motion | | | | | C/A RESPONSE TO MODIFY BON |
| 01/30/2018 | Motion | | | | | C/A RESPONSE TO SPEC/PROS |
| 01/31/2018 | Clerk's Worksheet | | | | | CLERK NOTES |
| 02/03/2018 | Subpoena | | | | | REQUEST FOR SUBPOENAS |
| 02/06/2018 | Motion | | | | | C/A MOTION IN LIMINE #2 |
| 02/06/2018 | Motion | | | | | C/A MOT IN LIMINE #1 |
| 01/31/2018 | Affidavit | | | | | AFFIDAVIT |
| 01/31/2018 | Other | | | | | E-MAIL TO MR. WOODARD |
| 01/31/2018 | Other | | | | | UZZLE V. COMMONWEALTH |
| 02/09/2018 | Subpoena | | | | | RETURNED SUBPOENA |
| 02/09/2018 | Clerk's Worksheet | | | | | CLERK NOTES |
| 02/09/2018 | Jury Instructions | | | | | JURY INSTRUCTION |

| Date | Type | | | Judge | | Description |
|---|---|---|---|---|---|---|
| 02/09/2018 | Subpoena | | | | | SUBPOENA REQUEST |
| 02/12/2018 | Subpoena | | | | | RETURNED SUBPOENAS |
| 01/26/2018 | Subpoena | | | | | RETURNED SUBPOENA |
| 02/21/2018 | Order | | | CVH | | COMM MOT IN LIMINE #1 2/9 |
| 02/21/2018 | Order | | | CVH | | COMM MOT IN LIMINE #2 2/9 |
| 02/21/2018 | Order | | | CVH | | CONTINUANCE ORDER 2/9/18 |
| 02/21/2018 | Order | | | CVH | | SPECIAL PROSECUTOR 1/31/18 |
| 02/21/2018 | Order | | | CVH | | ENLARGEMENT MOT 1/31/18 |
| 02/21/2018 | Order | | | CVH | | CHANGE VENUE/ UNDER ADVISE |
| 02/22/2018 | Clerk's Worksheet | | | ELH | | CLERK NOTES |
| 03/01/2018 | Subpoena Duces Tecum | | | | | REQUEST FOR S.D.T. |
| 03/08/2018 | Subpoena Duces Tecum | | | | | RETURNED S.D.T. |
| 03/13/2018 | Motion | | | | | COMM MOTION TO QUASH |
| 03/13/2018 | Motion | | | | | COMM MOTION TO MODIFY BOND |
| 03/16/2018 | Motion | | | | | C/A MOTION TO QUASH |
| 03/21/2018 | Opposition | | | | | OPPOSITION MOTION TO QUASH |
| 03/14/2018 | Motion | | | | | FOR BILL OF PARTICULARS |
| 03/26/2018 | Subpoena Duces Tecum | | | | | SDT REQUEST |
| 03/14/2018 | Subpoena | | | | | RETURNED SUBPOENA |
| 03/28/2018 | Subpoena Duces Tecum | | | | | SUBPOENA DUCES TECUM RETUR |
| 03/28/2018 | Subpoena | | | | | RETRUNED SUBPOENA |
| 03/30/2018 | Motion | | | | | COMM AMENDED MOT TO MODIFY |
| 04/03/2018 | Motion | | | | | C/A MOTION TO QUASH |
| 04/09/2018 | Motion | | | | | FOR A PROTECTIVE ORDER |
| 05/24/2018 | Order | | | CVH | | AMEND BOND |
| 05/24/2018 | Order | | | CVH | | PROTECTIVE ORDER/DENIAL |
| 05/24/2018 | Order | | | CVH | | BILL OF PARTICULARS/W/D |
| 05/24/2018 | Order | | | CVH | | SUBPOENA DUCES TECUM |
| 04/26/2018 | Clerk's Worksheet | | | | | CLERK NOTES |
| 04/26/2018 | Bond | | | | | AMENDED BOND |
| 07/20/2018 | Clerk's Worksheet | | | CVH | | CLERK NOTES |
| 07/20/2018 | Clerks Notices | | | | | COURT COSTS NOTICE |
| 07/20/2018 | Other | | | | | PLEA AGREEMENT |
| 07/20/2018 | Amended Indictment | | | | | AMENDED INDICTMENT |
| 07/20/2018 | Exhibits | | | | | COMM #1-TWITTER POSTS |
| 07/20/2018 | Exhibits | | | | | COMM #2- POSTS FROM EMILY |
| 09/12/2018 | Order | | | CVH | | SENT ORDER 7/20/18 |
| 07/11/2018 | Order | | | CVH | | DEC TERM 2017 |

Case 1:20-cr-00006-PB   Document 14-2   Filed 02/19/20   Page 3 of 3

Build #: 3.8.1.1