VIRGINIA:   IN THE CIRCUIT COURT OF THE COUNTY OF ALBEMARLE ON THE CRIMINAL SIDE THEREOF, HELD ON **JULY 20, 2018.**

PRESENT: HON. **CHERYL V. HIGGINS**

COMMONWEALTH OF VIRGINIA

VS.

**CHRISTOPHER R. CANTWELL**

SSN: ▆▆▆-▆▆-0686     Sex: male
DOB: ▆▆/▆▆/1980       Race: white
STATUS: bail

| Case Number | Offense | VCC Code | F/M | Offense Date | Virginia Code Section |
|---|---|---|---|---|---|
| 17-784 | Illegal Use of Gas: Malicious | WPN-5239-F3 | F | 08/11/2017 | 18.2-312 |
| 17-845 | Illegal Use of Gas: Malicious | WPN-5239-F3 | F | 08/11/2017 | 18.2-312 |
| 17-784-01 | Violations of Bond Conditions | PRB-4850-F9 | F | 07/06/2018 | 19.2-306 |

Attorney for the Commonwealth: Robert Tracci & Amanda Galloway

Attorney for the Defendant: Elmer Woodard

The defendant was present with his attorney.

The Court on motion of the attorney for the Commonwealth and in accordance with a ***plea agreement*** now filed in this matter, Orders that indictment #17-784 be amended to assault and battery against E▆▆▆ G▆▆▆▆ in violation of Virginia Code section 18.2-57(A), VCC Code ASL-1313-M1, indictment #17-785 be amended to assault and battery against K▆▆▆▆ G▆▆ in violation of Virginia Code Section 18.2-57(A), VCC Code ASL-1313-M1, and case #17-784-01 be amended to violation of bond conditions in violation of Virginia Code Section 18.2-456(5). VCC Code: CON-3283-S9.

The accused was arraigned and after private consultation with and being advised by his said counsel and in accordance with a *plea agreement* now filed in this case, pleaded guilty to the Indictments, which pleas were tendered by the accused in person, and the Court, having made inquiry and being of the opinion that the accused fully understood the nature and effect of his pleas and of the penalties that may be imposed upon his conviction and of the waiver of trial by jury and of appeal, and finding that his pleas were voluntarily and intelligently made, proceeded to hear and determine the case and having heard the evidence and argument of counsel, the Court finds the defendant GUILTY as charged in the Indictments.

The Attorney for the Commonwealth and the defendant were given the opportunity to present evidence pertaining to sentencing.

Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reasons why judgment should not be pronounced.

The Court SENTENCED the defendant to incarceration in jail for the term of *twelve months as to indictment #17-784 and twelve months as to indictment #17-785*. The Court SUSPENDED *all but seven months as to indictment #17-784 and all but seven months as to indictment #17-785* of the sentence.

## SENTENCING SUMMARY:

TOTAL SENTENCE IMPOSED:   *twenty-four months*

TOTAL SENTENCE SUSPENDED:   *all but fourteen months (the Court finds that the defendant has served the required jail sentence)*

The suspended portion of the defendant's sentence was suspended on the following

17R239_REP-000040.02

conditions:

**GOOD BEHAVIOR.** The defendant shall be of good behavior and not violate any penal laws of this Commonwealth or any of its political subdivisions for the term of two years.

**The defendant shall not return to Albemarle County or the Commonwealth of Virginia except for compulsory criminal or civil process. He shall leave the Commonwealth of Virginia within 8 hours of the entry of this plea and not return for a period of five years.**

**FIREARM.** The defendant shall not possess a firearm while in the Commonwealth of Virginia.

**NO CONTACT.** The defendant shall have no contact direct or indirect with the victims, E███ G█████ or K█████ G███, including but not limited to using names or identifying them by specific characteristics that identify them on social media or radio broadcast.

**COURT COSTS.** The defendant shall pay Court costs.

This sentence shall run *concurrently.*

The Court certifies that at all times during the trial of this case the defendant was personally present and counsel for the defendant was personally present.

ENTER: _Cheryl V. Higgins_
        JUDGE

DATE: _9-12-18_

a true copy TESTE:
JON R. ZUG, CLERK
by: _[signature]_
                Deputy Clerk

17R239_REP-000040.03