**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

        v.                              Case No. 20-CR-6-01 PB

<u>Christopher Cantwell</u>

<u>ORDER</u>

The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted; Final Pretrial is rescheduled to March 25, 2020 at 2:30 pm; Trial is continued to the two-week period beginning April 7, 2020, 9:30 am.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                            By the Court,

                                                            /s/ Paul Barbadoro
                                                           _____
                                                           Paul Barbadoro
                                                           United States District Judge

Date: February 20, 2020

cc:   U.S. Marshal
       U.S. Probation