UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

2020 FEB 24  AM 11:39

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> V. ) <br> ) <br> CHRISTOPHER CANTWELL ) <br> ) | CR. NO. 20-CR-06-PB |

## WAIVER OF RIGHTS TO SPEEDY TRIAL

I, **Christopher Cantwell**, defendant in the above-captioned matter, hereby waive my constitutional and statutory rights to a speedy trial and agree my trial may be rescheduled from the two week period beginning **March 3 2020**, for at least (89) days. I agree to this delay for the reasons set forth in the Motion to Continue, electronically filed with the Court on **Feb 19, 2020**, by my attorney, Eric Wolpin.

Respectfully submitted,

_____,

Date: **2.20.20**

*[Signature]*
Signature

DATE **2.20.20**

*[Signature]*
ATTORNEY FOR DEFENDANT