*Virginia:*
**IN THE CIRCUIT COURT FOR THE COUNTY OF ALBEMARLE**

December 4, 2017 TERM

THE GRAND JURY CHARGES THAT, in the County of Albemarle **CHRISTOPHER** ~~K.~~ C

**CANTWELL** unlawfully ~~and feloniously~~ commit assault and battery on

~~On or about August 11, 2017, did maliciously release or cause~~ [REDACTED] ~~to be released in a place of public gathering tear gas, mustard gas,~~ phosgene gas ~~or other noxious or nauseating gases or mixtures of chemicals designed to, and capable of, producing vile or injurious or nauseating odors or gases and thereby cause bodily injury~~, in violation of § 18.2-~~312~~ 57 of the Code of Virginia (1950) as amended.

VCC CODE: ~~WPN-5239-F3~~ ASL1313-M1

---

**Docket Number:**

Grand Jury Witness:   Sergeant Casey Acord
                      University Of Virginia Police Department

**A True Bill**        _____
                       Foreman of the Grand Jury

**Not A True Bill**    _____
                       Foreman of the Grand Jury

a true copy TESTE:
JON R. ZUG, CLERK
by: _____
    Deputy Clerk

*Virginia:*
## IN THE CIRCUIT COURT FOR THE COUNTY OF ALBEMARLE

### December 4, 2017 TERM

THE GRAND JURY CHARGES THAT, in the County of Albemarle **CHRISTOPHER** ~~K.~~ C.

**CANTWELL** unlawfully ~~and feloniously~~

*commit assault and battery*

On or about August 11, 2017, did ~~maliciously release or cause to be released in a private home, a place of business, or place of public gathering tear gas, mustard gas, phosgene gas or other noxious or nauseating gases or mixtures of chemicals designed to, and capable of, producing vile or injurious~~ or nauseating odors or gases ~~and thereby cause bodily injury~~, in violation of § 18.2-~~312~~ *57* of the Code of Virginia (1950) as amended.

A&L 1313-M1

VCC CODE: ~~WPN-5239-F3~~

---

**Docket Number:**

Grand Jury Witness:   Sergeant Casey Acord
                      University Of Virginia Police Department

**A True Bill**        _____
                       Foreman of the Grand Jury

**Not A True Bill**    _____
                       Foreman of the Grand Jury

a true copy TESTE:
JON R. ZUG, CLERK
by: _____
        ~~Deputy~~ Clerk

**DIRECT INDICTMENT**