UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
FEB 25 2020
FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:20-cr-06-01-PB |
| | ) |
| CHRISTOPHER C. CANTWELL | ) |
| Defendant | ) |

### GOVERNMENT'S PROPOSED DETENTION HEARING EXHIBITS

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, through his assistants, John S. Davis and Anna Z. Krasinski, hereby submits the Government's proposed exhibits to be admitted during the detention hearing in the above-referenced action on Thursday, February 20, 2020, at 11:00 a.m.

- (id) Government's Exhibit No.1 – Virginia Recognizance (12/8/17)

- (id) Government's Exhibit No. 2 – Virginia Criminal Case Pleadings/Orders (No. CR17000784-00)

- (id) Government's Exhibit No. 3 – Virginia Motion to Revoke Bond (7/6/18)

- (id)) Government's Exhibit No. 4 – Virginia Sentencing (7/20/18)

- (id) Government's Exhibit No. 5 – Audio Clip – Radical Exodus Episode 73 (June, 2017)

- (id) Government's Exhibit No. 6 – VICE News Video Clip "Charlottesville: Race and Terror" (August 11-13, 2017)

- (id) Government's Exhibit No. 7 – Pepper Spray Photograph (8/11/17)

- (id) Government's Exhibit No. 8 – FBI FD-302 regarding calls with Defendant (August, 2017)

- (id) Government's Exhibit No. 9 – Leesburg Police Case Arrest Report (3/31/18)

(id) Government's Exhibit No. 10 - Must Have Privacy Tools Social Media Post (5/29/18)

(id) Government's Exhibit No. 11 – Cantwell's H. S. Social Media Post (February, 2019)

(id) Government's Exhibit No. 11A – (Redacted) Cantwell's H. S. Social Media Post (February, 2019)

(id)) Government's Exhibit No. 12 – Cantwell's M. C. Post (3/20/19)

(id) Government's Exhibit No. 12A – (Redacted) Cantwell's M. C. Post (3/20/19)

(id) Government's Exhibit No. 13 – Radical Agenda Social Media Post (4/29/19)

(id) Government's Exhibit No. 14 – Cantwell's R. K. Social Media Post (6/17/19)

(id)) Government's Exhibit No. 14A – (Redacted) Cantwell's R. K. Social Media Post (6/17/19)

(id) Government's Exhibit No. 15 - Cantwell's Joker movie Social Media Post (10/10/19)

(id) Government's Exhibit No. 16 - Keene Police Incident Report (10/10/19)

(id) Government's Exhibit No. 17A – Chris Cantwell Audio Clip

(id) Government's Exhibit No. 17B – Chris Cantwell Audio Clip

The government reserves the right to seek leave to amend its exhibit list as necessary.

Dated: February 20, 2020                    Respectfully submitted,

                                            SCOTT W. MURRAY
                                            United States Attorney

                                            /s/John S. Davis
                                    By:     John S. Davis
                                            Anna Z. Krasinski
                                            Assistant U.S. Attorneys
                                            53 Pleasant Street, 4th Floor
                                            Concord, N.H.  03301
                                            (603) 225-1552