U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

FEB 25 2020

**FILED**

USA

v.

Christopher Cantwell

Case # 20cr6-01-PB

## EXHIBITS

OFFERED BY: Defendant

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | Web page still |
| B | Letter |
| C-1 | email (unredacted sealed) |
| C-2 | email (redacted) |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)