## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | No. 1:20-cr-006-PB |
| ) | |
| **CHRISTOPHER CANTWELL** ) | |
| ) | |

### GOVERNMENT'S ASSENTED-TO MOTION TO WITHDRAW AS MOOT GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, hereby moves to withdraw as moot its previous motion to continue the trial in the above-captioned case (ECF No. 24). In support of its motion to withdraw, the government states as follows:

1. In its motion to continue the trial filed April 29, 2020 (ECF No. 24), the government moved for a 30-day continuance of the trial then scheduled for the two-week period beginning June 2, 2020, on the ground that a continuance was necessary to permit the government an opportunity to seek a superseding indictment in this case, as well as to complete its ongoing efforts to provide discovery materials sought by the defense. Both of those matters (seeking a superseding indictment and producing discovery) have been delayed because of the ongoing Covid-19 pandemic. The defendant objected to the motion to continue.

2. On May 14, 2020, this Court rescheduled the trial in this matter by more than 30 days, for the two-week period beginning July 7, 2020.

3. In light of the recent re-scheduling the government's motion to continue the trial is moot (assuming a grand jury will convene prior to the new trial date), and accordingly the government seeks leave to withdraw its motion to continue, without prejudice to its right to again move to continue the trial if no grand jury is convened prior to July 7, 2020.

2

4. Counsel for the defendant assents to this motion.

## Conclusion

5. For the reasons stated, the United States respectfully requests that the Court order that the government's motion to continue (ECF No. 24) be withdrawn as moot, without prejudice to the government's right to again move to continue the trial if no grand jury is convened prior to July 7, 2020.

May 18, 2020                                                                 Respectfully submitted,

Scott W. Murray
United States Attorney

By:     /s/ John S. Davis
         John S. Davis
         Anna Krasinski
         Assistant U.S. Attorneys
         53 Pleasant Street, 4th Floor
         Concord, NH  03301
         (603) 225-1552