**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **ORDER CLARIFYING SPEEDY TRIAL ACT FINDINGS IN RESPONSE TO EXIGENT CIRCUMSTANCES CREATED BY COVID-19** | **ADM-1**<br>**ORDER 20–19** |

<u>ORDER</u>

In Standing Order ADM-1, Order 20-17, the court adopted and expanded upon the findings in ADM-1, Order 20-5, and extended the continuance of criminal jury trials to July 1, 2020.

Each district judge on this court adopts the excludable time and "ends of justice" findings contained in the Speedy Trial Act order in ADM-1, Order 20-5, and applies those findings to all criminal cases continued by ADM-1, Order 20-17.

The judges on this court continue to agree—in light of the unique circumstances presented by this public health emergency as described in ADM 1, 20-5 and ADM 1, 20-17—that issuing individual findings in each separate case would be redundant and unnecessary and a waste of scarce judicial resources. The Speedy Trial Act "ends of justice" findings in each case are—due to the nature of this public health emergency—applicable generally to all cases before this court. Thus, a particularized finding in each case would be redundant.

The court reiterates for the fourth time that "[e]xcept for the right of a fair trial before an impartial jury, no mandate of our jurisprudence is more important" than the Speedy Trial Act. <u>Furlow v. United States</u>, 644 F.2d 764, 768–69 (9th Cir. 1981) (analyzing Speedy Trial Act and upholding district court's "ends of justice" findings during the emergency created by the eruption of Mt. St. Helens). In exercising our discretion to make these findings under the Speedy Trial Act, every judge on this court remains ever mindful of the critical principles at stake here.

Within seven (7) days of the date this order is docketed, any defendant who has an individualized concern not addressed by this order may file a motion for a determination regarding his or her rights under the Speedy Trial Act, and the court will consider the ends of justice finding as to that defendant de novo.

SO ORDERED.

Date: May 26, 2020

_____
Landya B. McCafferty
Chief Judge

/s/ Paul J. Barbadoro
Paul J. Barbadoro
District Judge

_____
Joseph N. Laplante
District Judge

_____
Joseph A. DiClerico, Jr.
District Judge

_____
Steven J. McAuliffe
District Judge

_____
Andrea K. Johnstone
Magistrate Judge