Transcript with Timestamps of Cantwell/"Cheddarmane"
(transcribed from 17R239_REP0000045)

**CC: Christopher Cantwell**
**CM: Cheddarmane**

Date: June 15, 2019

**20:00**
CC: I guess you forgot the lesson which kept you away for a short while, do you need to be reminded?

**20:29**
CC: [CM's STREET NAME]

**22:24**
CM: What are you talking about
CM: Some fag pretends to be you

**22:42**
CM: What do you even stand to gain here

**22:56**
CM: Let's think about this. Every time someone you think is in BP talks shit about you - a public figure - you threaten to dox me? Say you did. What then?

**23:21**
CM: I honestly don't know what I even did.
CM: I followed a link into a group I didn't even know you were in.

June 16, 2019

**02:56**
CC: Get a fucking life or I will ruin the one you have.

**02:57**
CC: Don't bother anyone, then you won't have to worry about crossing me.

**13:13**
CM: I haven't given you any thought and it was an honest mistake. Didn't even know you were in there or I'd have thought better of it. Other than that, all I can do is just leave you the fuck alone and tell other people to do the same -which I have done.

Seriously man I couldn't care less about what you are trying to do these days.

**15:15**
CC: You're a fucking liar. You came here with your loser fucking pals because you have the attention span of a nigger and the morals of a kike, and because of that fact, you are going to lose everything you have.

**15:45**
CC: Next time I post that photo, the faces won't be blurred, and then you're going to start getting unexpected visitors

CC: And I don't care if it's you causing the trouble, you're the one who's gonna suffer cause you're the one who I can get

**15:47**
CC: If you wanna dox Vic, he's a better target, but if you give me fake info, then your wife is gonna have trouble sleeping at night until she leaves you and takes your kids away

**17:37**
CM: What picture are you even talking snout
CM: About

**17:37**
CC: Fuck around and I'll remind you the hard way

**17:39**
CM: So I am assuming peach took the picture. Guess that means you d[o]n't care what happens to her either

**17:41**
CC: As a matter of fact, I don't. So if you don't want me to come and fuck your wife in front of your kids, then you should make yourself scarce

**18:10**
CC: Give me Vic, it's your only out

**19:17**
CC: I guess I'm going to have to prove my seriousness

**19:2?**
CM: Show me the picture you have

**19:23**
CC: No

**19:27**
CC: [PHOTO OF CM's WIFE & CHILDREN]
CC: More where that came from.

**19:28**
CC: I bet one of my incel listeners would love to give her another baby.

**19:31**
CC: You think the FBI would take issue with an LSD user owning guns around kids?
CC: [PHOTO OF CM WITH STRIPS ON TONGUE]

**19:33**
CC: Give me Vic

**19:40**
CM: I don't own guns or do drugs

**19:40**
CC: Lol

**19:41**
CC: OK I guess you're not going to give me what I want

**19:42**
CC: Fine. Good luck

**19:42**
CM: I don't even have his dox

**19:43**
CC: Guess you're fucked then

**20:14**
CM: *sending Wig Nasty song* (online song mocking Christopher and including lyrics like "Chris Cantwell can run but can't hide from Bowl Patrol").

**20:17**
CC: Alright, since you're obviously not understanding the severity of this, I'll do you a favor.

**20:18**
CC: On Tuesday I'm going to send every episode of BowlCast along with your identifying information to whatever the local equivalent of CPS is in your jurisdiction.

CC: This way the information won't be public, yet.

**20:19**
CC: By Tuesday you should be able to talk to your wife and kids and get them to all have their stories straight, get anything incriminating out of the house.

CC: But I'm pretty sure once that visit comes, you'll understand that this is serious.

**20:20**
CC: If that doesn't work, I'll escalate until I get what I want.

**20:26**
CC: Tell Vic that if he gives himself up, he can save your family
CC: He won't do it, but at least then you'll know for certain that you chose the wrong side

**20:35**
CM: Lol you're such a fucking nobody Chris. Do your worst you crazy junkie Loser. Go boof some meth up your asshole you faggot ass kike

**20:39**
CC: Okay you got it.

**20:40**
CM: You think I'm scared of the 200 or so listeners you have now? Lol. You have 0 credibility anymore. You are so desperate and its hilariously pathetic.

**20:40**
CC: Tomorrow then, no sense waiting until Tuesday

**20:40**
CM: Now
CM Go ahead

**20:41**
CC: CPS will visit you soon, I'm not talking about listeners.
CC: Good luck

**20:41**
CM: Lolol
CM: Oh no I'm super scared
CM: I'm sure this is going to go exactly as you think it will

**20:41**
CC: Dumb niggers like you never ate, until it's too late

20:4X
CM: Hahahahaha