UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:20-cr-06-PB-01 |
| ) | |
| CHRISTOPHER CANTWELL ) | |
| _____ | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, a Superseding Indictment against the above-named defendant having been filed in the above-entitled case on the 8th day of July, 2020.

This 8th day of July, 2020.

                              SCOTT W. MURRAY
                              United States Attorney


                              By: /s/ John S. Davis
                                  John S. Davis
                                  Assistant U.S. Attorney


WARRANT ISSUED: _____