AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire



U.S. DISTRICT COURT
FILED

RECEIVED
JUL 09 2020
US MARSHALS SERVICE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20-CR-06-PB |
| | ) | |
| CHRISTOPHER C. CANTWELL | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER C. CANTWELL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 875(b) - Extortionate Interstate Communications
Count 2: 18 U.S.C. § 875(c) - Threatening Interstate Communications
Count 3: 18 U.S.C. § 875(d) - Threat to Injure Property or Reputation
Count 4: 18 U.S.C. § 2261A(2)(B) - Cyberstalking

Date: 07/09/2020

*Issuing officer's signature*

City and state: Concord, New Hampshire

Megan Cahill, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**UNEXECUTED**
**ARRESTED AND IN DOC**