UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Christopher Cantwell

Criminal Case No. 20-cr-00006-PB

# WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

I, Christopher Cantwell, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: 7-16-2020

_____
Defendant

Date: 7.22.2020

_____
Counsel for Defendant

WAIVER APPROVED.

Date: _____

_____
☐ United States Magistrate Judge
☐ United States District Judge

Copies to:
    U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1 (12-02)