IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ] | |
| --- | --- | --- |
| | ] | |
| v. | ] | No. 20-CR-00006-PB |
| | ] | |
| CHRISTOPHER CANTWELL | ] | |

## NOTICE OF NON-OBJECTION TO GOVERNMENT'S MOTION FOR REVISED PROTECTIVE ORDER, FILED WITHOUT PREJUDICE TO THE RAISING OF FUTURE OBJECTIONS

On July 21, 2020, the Government filed a motion to revise the protective order governing the handling and disclosure of discovery. As noted in the Government's filing, the Defendant objected to this amendment. Counsel for Mr. Cantwell and the Government have further discussed the production of discovery and the proposed amendment. The Defendant noted certain potential objections to the proposed amendment, particularly as to its impact on disclosure and public speech *after* the case's conclusion.

However, at present, where the Defendant is incarcerated and trial is looming, time is better spent reviewing and addressing the new discovery rather than litigating limitations on post-trial discovery disclosure. As such, the Defendant assents to the revised protective order, but the parties request that the Court grant the protective order without prejudice to Defendant's right to raise future objections as to its scope. The Government, through AUSA John Davis, has no objection to this requested relief.

Respectfully submitted,

1

Christopher Cantwell  
By His Attorney,

Date: July 24, 2020  /s/ Eric Wolpin  
Eric Wolpin  
N.H. Bar No. 18372  
Jeff Levin 12901  
N.H. Bar No. 18372  
Assistant Federal Defender  
Federal Defender Office  
22 Bridge Street  
Concord, NH 03301  
Tel. (603) 226-7360  
E-mail: eric_wolpin@fd.org  
jeff_levin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on July 24, 2020 to all counsel of record and in the manner specified herein: electronically served through ECF.

/s/ Eric Wolpin  
Eric Wolpin  
N.H. Bar No. 18372  
Assistant Federal Defender  
Federal Defender Office  
22 Bridge Street  
Concord, NH 03301  
Tel. (603) 226-7360  
E-mail: eric_wolpin@fd.org