UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                    Case No. 20-cr-6-01 PB

Christopher Cantwell

ORDER

The assented to motion to reschedule jury trial (document no. 40) filed by defendant is granted; Final Pretrial Conference is rescheduled to August 31, 2020 at 1:00 PM. Trial is continued to the two-week period beginning September 15, 2020, 9:30 AM. Because counsel understandably needs additional time to prepare for trial, Cantwell was not able to take advantage of a specially assigned guaranteed trial date during the second August trial period. Although I will attempt to accommodate Cantwell's request for a trial during the second September trial period, I can offer no guarantees. The court is currently able to safely conduct only one trial at a time. Other judges may have cases during the requested trial period that need to be tried first.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                          By the Court,

                                          /s/ Paul Barbadoro
                                          _____
                                          Paul Barbadoro
                                          United States District Judge

Date: July 25, 2020

cc:  U.S. Marshal
     U.S. Probation