UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:20-cr-006-PB |
| | ) |
| CHRISTOPHER CANTWELL | ) |
| | ) |

## GOVERNMENT'S ASSENTED-TO MOTION TO CONDUCT JURY SELECTION ON SEPTEMBER 15, 2020 AND BEGIN TRIAL EVIDENCE ON SEPTEMBER 22, 2020

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, and John S. Davis, Assistant U.S. Attorney, hereby moves to extend the beginning of trial evidence in the above-captioned case to September 22, 2020, with jury selection remaining as scheduled on September 15, 2020. In support of its motion, the government states as follows:

1. The jury trial in this matter was recently scheduled to begin on September 15, 2020.

2. Counsel for the Government has planned a long-scheduled one-week family vacation from September 5 to September 12, 2020.

3. Beginning jury selection as scheduled on September 15, 2020, and continuing the introduction of trial evidence to one week later, to September 22, will enable counsel to adequately prepare for trial in addition to fulfilling his family commitment.

4. Counsel for the defendant assents to this motion.

**Conclusion**

5.        For the reasons stated, the United States respectfully requests that the Court order that the introduction of evidence in the above-captioned trial shall begin September 22, 2020.

July 31, 2020                                             Respectfully submitted,

                                                          Scott W. Murray
                                                          United States Attorney


                              By:      /s/ John S. Davis
                                       John S. Davis
                                       Anna Krasinski
                                       Assistant U.S. Attorneys
                                       53 Pleasant Street, 4th Floor
                                       Concord, NH  03301
                                       (603) 225-1552