UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ] | | FILED - USDC-NH |
| | ] | | 2020 JUL 31 PM 1:21 |
| v. | ] | Case No. 20-cr-00006-PB | |
| | ] | | |
| CHRISTOPHER CANTWELL | ] | | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

I, Christopher Cantwell, waive my constitutional and statutory rights to a speedy trial, and agree my trial may be continued from the two-week period beginning August 2020, for thirty (30) days. I agree to this delay for the reasons set forth in an Assented-To Motion to Continue Trial, filed on my behalf by my attorneys, Jeffrey S. Levin and Eric Wolpin, on July 23, 2020.

Respectfully submitted,

Date: 7-28-2020

_____
Christopher Cantwell, Defendant