FILED - USDC-NH
2020 AUG 4 PM 12:21

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.                          ] | Case No. 20-cr-00006-PB |
| ] | |
| CHRISTOPHER CANTWELL        ] | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

I, Christopher Cantwell, waive my constitutional and statutory rights to a speedy trial, and agree my trial may be continued from the two-week period beginning August 18, 2020, for thirty (30) days. I agree to this delay for the reasons set forth in an Assented-To Motion to Continue Trial, filed on my behalf by my attorneys, Jeffrey S. Levin and Eric Wolpin, on July 23, 2020.

Respectfully submitted,

Date: 8-1-2020

_____
Christopher Cantwell, Defendant