IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.                                    ] | No. 20-CR-00006-PB |
| ] | |
| CHRISTOPHER CANTWELL     ] | |

MOTION TO SEAL
DEFENDANT'S MOTION FOR DISCLOSURE OF CONFIDENTIAL WITNESS

Defendant, Christopher Cantwell, by and through counsel, respectfully requests that this Court issue an Order sealing, at Level I, the defendant's Motion for Disclosure of Confidential Witness filed with this court on August 5, 2020. The Defendant moves the Court to seal his motion as it makes reference to a confidential government source and addresses whether that person's identity must be revealed to the defense in advance of trial.

Pursuant to Local Rule 83.12, a motion to seal must be filed separately from the item sought to have sealed, and must explain the reason why the item should be sealed, and the level at which it should be sealed.  The sealing of this motion is necessary to address the issue presented in the Defendant's motion which involves the identity of a confidential source. The Defendant is not requesting this motion or its docket entry be sealed as it does not contain any information that would require such action.

No memorandum of law is necessary to the resolution of the issues raised in this Motion to Seal.

WHEREFORE, the defendant respectfully requests that this court issue an Order sealing, at Level I, the referenced motion and grant such other relief as may be deemed just and equitable.

        Respectfully submitted,
        Cristopher Cantwell
        By his Attorney,

Date: August 5, 2020

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar No. 18372
*/s/ Jeff Levin*
Jeffrey S. Levin
N.H. Bar No. 12901
Assistant Federal Defenders
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: eric_wolpin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on August 5, 2020 in the manner specified herein: mailed via first class mail to the office of AUSAs Krasinski and Davis.

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender