UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:20-cr-00006-PB |
| | ) | |
| CHRISTOPHER CANTWELL | ) | |
| | ) | |

**ASSENTED-TO MOTION TO SEAL THE UNITED STATES' OBJECTION TO DEFENDANT'S MOTION FOR DISCLOSURE OF CONFIDENTIAL WITNESS**

The United States of America respectfully moves to seal at Level I the United States' Objection to Defendant's Motion for Disclosure of Confidential Witness under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1). Sealing the objection is necessary here as the objections references a confidential informant and addresses whether that person's identity should be revealed to defendant Christopher Cantwell. The United States is not requesting that this motion or its docket entry be sealed, as it does not contain any information that would require such action.

Counsel for defendant Christopher Cantwell assents to this Motion to Seal.

No memorandum of law is necessary to the resolution of the issues raised in this Motion to Seal.

August 12, 2020

Respectfully submitted,

Scott W. Murray
United States Attorney

By: /s/ Anna Krasinski
Anna Krasinski
John S. Davis
Assistant U.S. Attorneys
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552

CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2020, the above document and accompanying Objection to the Motion for Disclosure of Confidential Witness were sent via first class mail to the office of AFPD Eric Wolpin and AFPD Jeff Levin.

By:   /s/ Anna Krasinski
Anna Krasinski
John S. Davis
Assistant U.S. Attorneys
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552
