UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:20-cr-00006-PB |
| ) | |
| CHRISTOPHER CANTWELL ) | |
| ) | |

## NOTICE OF FILING PROPOSED PRETRIAL ORDER

Counsel for the United States of America and counsel for the defendant have conferred regarding pretrial deadlines agree to the dates contained in the attached proposed order.

August 19, 2020

Respectfully submitted,

Scott W. Murray
United States Attorney

By: /s/ Anna Krasinski
Anna Krasinski
John S. Davis
Assistant U.S. Attorneys
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552