UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v. Cr. No. 20-cr-06-01-PB

CHRISTOPHER CANTWELL

**PRETRIAL ORDER**

1. **Counsel:** John S. Davis, AUSA
    Anna Krasinski, AUSA
    Eric Wolpin, AFPD
    Jeff Levin, AFPD

2. **Type of Trial:** Criminal

3. **Date of Trial:** Jury Selection:   September 15, 2020
    Jury Trial:   September 22, 2020

4. **Length of Trial Day:** 9:30 a.m. to 4:00 p.m.

5. **Estimated Length of Trial:** 5-7 days

6. **Questions of Law**: Proposed Jury Instructions to be filed by August 27, 2020

7. **Evidentiary Issues:** *Motions In Limine* to be filed by September 3, 2020

8. **Jury Selection:** *See* Fed. R. Crim. P. 23, 24

    Proposed jury *voir dire* questions to be included in mailed questionnaire due four days after model instructions received from the Court. Proposed *voir dire* questions to be asked at jury selection due by September 8, 2020.

    There will be a total of eight peremptory challenges for the United States and a total of twelve peremptory challenges for the defendant. Twelve jurors and four alternates (resulting in two additional peremptory challenges for each side above those provided by Fed. R. Crim. P. 24(b)(2)) will be seated. Alternates will be retained through deliberation.

9. **Witness Lists:** Government's Witness List to be filed by August 28, 2020
    Defendant's Witness List to be filed by September 4, 2020

    The parties shall exchange and file a list of witnesses they intend to call at trial. The parties may amend the list for good cause shown.

10. **Exhibit Lists and Exhibits** are to be premarked and submitted to the Clerk's Office no later than 5 pm on September 1, 2020 (Government) and September 8, 2020 (Defendant), in accordance with the document entitled "Procedure For Marking Exhibits" which is attached hereto and made a part hereof. Any objections to exhibits shall be set forth briefly in writing seven days after the exhibits are provided; September 8, 2020 for Defendant's objections and September 15, 2020 for the Government's objections. Counsel shall notify each other by September 11, 2020 if a custodian will be required for any exhibit.

11. **Disclosure:** The prosecution has represented that its *Brady* disclosures have been made. *Jencks* disclosure will be made on September 8, 2020. Defendant shall provide any reciprocal *Jencks* disclosure on September 11, 2020. The prosecution will continue its practice of notifying defense counsel, via correspondence, of potentially exculpatory evidence revealed during witness trial preparation interviews.