IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

FILED – USDC-NH
2020 AUG 26 PM 12:36

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 20-CR-00006-PB |
| | ] | |
| CHRISTOPHER CANTWELL | ] | MOTION FILED UNDER SEAL |

## SUPPLEMENT TO DEFENDANT'S MOTION FOR DISCLOSURE OF CONFIDENTIAL WITNESS

## EXHIBIT LIST

Attached please find Exhibit A to A-4, a CD including audio files, provided in reference to the above noted motion.

Date: August 25, 2020

/s/ Eric Wolpin
Eric Wolpin
N.H. Bar No. 18372
/s/ Jeffrey S. Levin
Jeffrey S. Levin
N.H. Bar No. 12901
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: eric_wolpin@fd.org