UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:20-CR-06-01-PB |
| CHRISTOPHER C. CANTWELL ) | |
| Defendant. ) | |

## GOVERNMENT'S PROPOSED WITNESS LIST

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire and Assistant U. S. Attorneys John Davis and Anna Krasinski, hereby offers the following list of potential witnesses that may be called at trial:

1. Chris Beckstrom, FBI Computer Analyst
2. Sgt. Joel Chidester
3. Cameron Davis, FBI Computer Analyst
4. ▬▬▬▬
5. Brett Fernald
6. ▬▬▬▬
7. Casey Gilmore
8. James Klingenberg
9. FBI TFO Kevin LeBlanc
10. ▬▬▬▬
11. ▬▬▬▬
12. Sandy Miller
13. Nick Nathans, FBI Computer Analyst
14. Paul Nehlen

1

15. Keri Peters, FBI Analyst

16. Sara E. Smith

17. Khahilah Tennell

18. FBI SA Shayne Tongbua

The government reserves the right to seek leave to amend its witness list as necessary.

          Respectfully submitted,

          UNITED STATES OF AMERICA, by
          SCOTT W. MURRAY
          United States Attorney

Date: August 28, 2020      By:   /s/ Anna Krasinski
          John S. Davis (NH No. 592)
          Anna Krasinski (WV No. 12762)
          Assistant U.S. Attorneys
          District of New Hampshire

          53 Pleasant Street, 4th Floor
          Concord, NH  03301
          (603) 225-1552
          John.Davis8@usdoj.gov
          Anna.krasinski@usdoj.gov