IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 20-CR-00006-PB |
| | ] | |
| CHRISTOPHER CANTWELL | ] | |

## DEFENDANT'S PROPOSED WITNESS LIST

1. Chris Beckstrom, FBI
2. Sgt. Joel Chidester
3. Cameron Davis, FBI
4. Brett Fernald
5. Kevin LeBlanc, FBI
6. Shayne Tongbua, FBI
7. Keri Peters, FBI
8. Nick Nathans, FBI
9. James Klingenberg
10. J Arsenault
11. Sean Saulsbury

Respectfully submitted,
Christopher Cantwell
By His Attorneys,

Date: September 4, 2020

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar No. 18372
Assistant Federal Defender
*/s/ Jeff Levin*
Jeff Levin
N.H. Bar No. 12901

Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: eric_wolpin@fd.org

## CERTIFICATE OF SERVICE

 I hereby certify that the above document was served on September 4, 2020 to all counsel of record and in the manner specified herein: electronically served through ECF.

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar No. 18372
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: eric_wolpin@fd.org