IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 20-CR-00006-PB |
| | ] | |
| CHRISTOPHER CANTWELL | ] | |

### DEFENDANT'S OBJECTIONS TO THE GOVERNMENT'S EXHIBIT LIST

Pursuant to Local Rule 16.1(g) and the Court's Final Criminal Pretrial Order, the defendant through counsel submits these objections to the government's exhibit list as follows:

As to all exhibits, the defendant objects to their admission unless and until the government lays a sufficient foundation establishing their admissibility, including authenticating any item to be what the government claims it to be. *See* Fed. R. Evid. 901(a).

As to the following items of evidence, the defendant objects on grounds of Fed. R. Evid. 401 through 404:

Exhibits 101, 109, 109A, 301, 302, 303, 304, 502.

As to the following items of evidence, the defendant objects on grounds of Fed. R. Evid 106:

Exhibits 105, 105A, 106, 106A, 107, 107A, 108, 108A.

As to the following items of evidence, the defendant objects on hearsay and/or Confrontation Clause grounds to statements made by speakers other than the Defendant:

Exhibits 105-110A,

As to transcripts and Government-created timelines, the Defendant reserves the right to object on grounds that they are inaccurate, incomplete, or include references to and/or descriptions of events that are held to be inadmissible at trial.

Respectfully submitted,

September 8, 2020

/s/Jeffrey S. Levin
Jeffrey S. Levin
N.H. Bar No. 12901
Federal Public Defender Office
22 Bridge Street, 3rd floor
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Jeff_Levin@fd.org

/s/ Eric Wolpin
Eric Wolpin
N.H. Bar No. 18372
Federal Public Defender Office
22 Bridge Street, 3rd floor
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Eric_Wolpin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically through ECF on September 8, 2020.

/s/Eric Wolpin