UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>CHRISTOPHER CANTWELL  )<br>) | No. 1:20-cr-00006-PB |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION IN LIMINE #3: TO EXCLUDE EVIDENCE OF**
**FIREARMS, CONTROLLED DRUGS, AND PRIOR CONVICTIONS**

The United States of America does not intend to introduce any evidence in its case-in-chief regarding the firearms and drugs seized from defendant Christopher Cantwell's home in January of 2020.  In addition, the United States agrees that Cantwell's misdemeanor convictions for assault and battery are not admissible to attack Cantwell's character for truthfulness under Rule 609 of the Federal Rules of Evidence.

September 9, 2020

Respectfully submitted,

Scott W. Murray
United States Attorney

By:  /s/ Anna Z. Krasinski
Anna Z. Krasinski
John S. Davis
Assistant U.S. Attorneys
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552