IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA    ]
    ]
v.    ]    No. 20-CR-00006-PB
    ]
CHRISTOPHER CANTWELL    ]    TO BE FILED UNDER SEAL

### MOTION TO SEAL UNREDACTED VERSION OF SUPPLEMENT TO MOTION IN LIMINE # 1 AND EXHIBITS THERETO

Defendant, Christopher Cantwell, by and through counsel, respectfully requests that this Court issue an Order sealing, at Level I, the unredacted version Defendant's supplement to Motion in Limine #1 and the entirety of the attached exhibits. Pursuant to Local Rule 83.12, a motion to seal must be filed separately from the item sought to have sealed, and must explain the reason why the item should be sealed, and the level at which it should be sealed.

The Defense intends to file both a redacted and an unredacted version of this supplemental motion. The redacted version will be publicly filed. The unredacted version, attached to this motion, is the subject of the instant motion to seal. The Defense moves to seal the redacted version and the exhibits as the motion discusses threats made to a particular individual. The Defense files this motion so as not to identify this victim either in the text of the public motion or in publicly available exhibits. Additionally, one exhibit contains the phone number of the alleged victim of the charged offenses. For privacy reasons, the Defense requests that this exhibit be sealed. The Defendant is not requesting this motion or its docket entry be sealed as it does not contain any information that would require such action.

No memorandum of law is necessary to the resolution of the issues raised in this Motion to Seal.

The Government, through AUSA Krasinski, assents to this request.

WHEREFORE, the defendant respectfully requests that this court issue an Order sealing, at Level I, the referenced unredacted motion and exhibits and grant such other relief as may be deemed just and equitable.

Respectfully submitted,
Cristopher Cantwell
By his Attorney,

Date:  September 8, 2020

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar No. 18372
*/s/ Jeff Levin*
Jeffrey S. Levin
N.H. Bar No. 12901
Assistant Federal Defenders
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail:  eric_wolpin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on September 8, 2020 in the manner specified herein: sent via Box.com

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender