UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00006-PB |
| | ) | |
| **CHRISTOPHER CANTWELL** | ) | |

## NOTICE REGARDING WITNESS I.D. AND COVID-19 PROTOCOLS

The United States has identified I.D. as a trial witness. I.D. resides outside of New England. After receiving the trial subpoena, I.D. initially called the United States and was advised of the Court's quarantine requirements. Later, I.D. left a voicemail for the United States' Victim/Witness Coordinator stating "Chris told me not to talk about him or the case to the prosecution." *September 2, 2020 voicemail from I.D.* In an e-mail the following day, I.D. stated that "Chris didn't want me to talk to the prosecution." *September 3, 2020 e-mail from I.D.* I.D. is under no obligation to speak to the United States before trial. But because I.D. is not communicating with the United States, the United States cannot confirm whether I.D. is complying with the Court's quarantine protocols.

The United States conferred with defense counsel, who is in contact with I.D. Counsel declined to assist in ensuring that I.D. complies with the quarantine protocols explaining that he cannot advise a non-client about obligations regarding a subpoena or COVID-testing. Though defense counsel has advised I.D. to discuss travel and testifying logistics with the United States, I.D. has chosen not to communicate with the United States.

Though I.D. has been served and will likely appear at the courthouse, the United States will be unable to provide the Court with information regarding whether she has complied with the Court's quarantine requirements.

September 9, 2020					Respectfully submitted,

							Scott W. Murray
							United States Attorney


				By:	/s/ Anna Krasinski
					Anna Krasinski
					John S. Davis
					Assistant U.S. Attorneys
					53 Pleasant Street, 4th Floor
					Concord, NH  03301
					(603) 225-1552