# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **Case No. 1:20-CR-06-01-PB** |
| CHRISTOPHER C. CANTWELL ) | |
| Defendant. ) | |

## GOVERNMENT'S AMENDED PROPOSED WITNESS LIST

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire and Assistant U. S. Attorneys John Davis and Anna Krasinski, hereby offers the following list of potential witnesses that may be called at trial:

1. FBI SA Karl Acker
2. Chris Beckstrom, FBI Computer Analyst
3. Sgt. Joel Chidester
4. ███████avis, FBI Computer Analyst
5. Brett Fernald
6. ███████
7. Casey Gilmore
8. James Klingenberg
9. FBI TFO Kevin LeBlanc
10. ███████
11. ███████
12. Sandy Miller
13. Nick Nathans, FBI Computer Analyst
14. Paul Nehlen

1

15. Keri Peters, FBI Analyst

16. Sara E. Smith

17. Khahilah Tennell

18. FBI SA Shayne Tongbua

The government reserves the right to seek leave to amend its witness list as necessary.

                      Respectfully submitted,

                      UNITED STATES OF AMERICA, by
                      SCOTT W. MURRAY
                      United States Attorney

Date: September 9, 2020      By:    /s/ Anna Krasinski
                                              John S. Davis (NH No. 592)
                                              Anna Krasinski (WV No. 12762)
                                              Assistant U.S. Attorneys
                                              District of New Hampshire

                                              53 Pleasant Street, 4th Floor
                                              Concord, NH  03301
                                              (603) 225-1552
                                              John.Davis8@usdoj.gov
                                              Anna.krasinski@usdoj.gov