UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:20-cr-00006-PB |
| ) | |
| CHRISTOPHER CANTWELL ) | |
| ) | |

**GOVERNMENT'S MOTION TO DISMISS
COUNT TWO OF THE SUPERSEDING INDICTMENT**

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, hereby moves to dismiss Count Two of the Superseding Indictment under Rule 48(a) of the Federal Rules of Procedure. The United States has conferred with counsel for defendant Christopher Cantwell, and defendant takes no position on this motion. The United States respectfully requests that the Court dismiss Count Two of the Superseding Indictment without prejudice.

September 14, 2020                                        Respectfully submitted,

                                                          Scott W. Murray
                                                          United States Attorney

                                          By:    /s/ Anna Krasinski
                                                 Anna Krasinski
                                                 John S. Davis
                                                 Assistant U.S. Attorneys
                                                 53 Pleasant Street, 4th Floor
                                                 Concord, NH  03301
                                                 (603) 225-1552