UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:20-CR-06-01-PB |
| CHRISTOPHER C. CANTWELL ) | |
| Defendant. ) | |

**GOVERNMENT'S SECOND AMENDED PROPOSED WITNESS LIST**

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire and Assistant U. S. Attorneys John Davis and Anna Krasinski, hereby offers the following second amended list of potential witnesses that may be called at trial:

1. FBI SA Karl Acker
2. Chris Beckstrom, FBI Computer Analyst
3. Sgt. Joel Chidester
4. Cameron Davis, FBI Computer Analyst
5. █████████
6. Brett Fernald
7. █████████
8. FBI SA Michael Gibeley
9. Casey Gilmore
10. James Klingenberg
11. TFO Kevin Lablanc
12. █████████
13. █████████
14. Sandy Miller Bower

1

15. Nick Nathans, FBI Computer Analyst

16. Paul Nehlen

17. Keri Peters, FBI Analyst

18. Sara E. Smith

19. Khahilah Tennell

20. FBI SA Shayne Tongbua

The government reserves the right to seek leave to amend its witness list as necessary.

                Respectfully submitted,

                UNITED STATES OF AMERICA, by
                SCOTT W. MURRAY
                United States Attorney

Date: September 14, 2020        By:   /s/ Anna Krasinski
                                                John S. Davis (NH No. 592)
                                                Anna Krasinski (WV No. 12762)
                                                Assistant U.S. Attorneys
                                                District of New Hampshire

                                                53 Pleasant Street, 4th Floor
                                                Concord, NH  03301
                                                (603) 225-1552
                                                John.Davis8@usdoj.gov
                                                Anna.krasinski@usdoj.gov