IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 20-CR-00006-PB |
| | ] | |
| CHRISTOPHER CANTWELL | ] | |
| | ] | |

## OBJECTION TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF POLITICAL OPINIONS, ENDORSEMENTS OF VIOLENCE, OR RACIST OR ANTI-SEMITIC STATEMENTS ATTRIBUTED TO VICTIM OR VICTIM'S ASSOCIATES

The Defendant herein notes his objection to the Government's motion in limine to exclude evidence. ECF 66. The Defendant incorporates the factual background and legal arguments presented in Defendant's Motion in Limine # 1 in support of this objection. ECF 68.

Respectfully submitted,
Christopher Cantwell
By His Attorney,

Date: September 17, 2020

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar No. 18372
*/s/Jeff Levin*
Jeff Levin
N.H. Bar No. 21901
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: eric_wolpin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on September 17, 2020 to all counsel of record and in the manner specified herein: through ECF.

>*/s/ Eric Wolpin*
>Eric Wolpin
>N.H. Bar No. 18372
>Assistant Federal Defender
>Federal Defender Office
>22 Bridge Street
>Concord, NH 03301
>Tel. (603) 226-7360
>E-mail: eric_wolpin@fd.org