UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | No. 1:20-cr-006-PB |
| ) | |
| CHRISTOPHER CANTWELL     ) | |
| ) | |

**JOINT STIPULATION REGARDING AUTHENTICITY OF CERTAIN EXHIBITS**

The parties to the above-styled case, having conferred, hereby stipulate as follows:

1. <u>Government's Exhibits</u>: On the Government's Trial Exhibit List, Exhibit 100, and all proposed exhibits in the "200 Series" (Item 1B9 – Cellphone), the "300 Series" (Item 1B18 – Hard Drive), the "400 Series" (Item 1B23 – Computer), and the "600 Series" (Pole Camera Images), shall be deemed authentic or identified under Rule 901 of the Federal Rules of Evidence, and no additional foundational testimony will be required to establish that the exhibit in question is what the proponent claims it is.

2. <u>Defendant's Exhibits</u>: On the Defendant's Trial Exhibit List, Exhibits A and A-6, C through C-7 and C-22, E through E52, and all proposed exhibits in the "D Series," the "F Series," the "G Series," the "H Series," and the "I Series" shall be deemed authentic or identified under Rule 901 of the Federal Rules of Evidence, and no additional foundational testimony will be required to establish that the exhibit in question is what the proponent claims it is.

3. The parties reserve their rights to object to the admission of any exhibit identified in this Stipulation on any evidentiary ground other than lack of authentication under Rule 901.

   SO STIPULATED.

2

Dated: September 21, 2020  /s/ John S. Davis
John S. Davis
Anna Z. Krasinski
Assistant U.S. Attorneys
U.S. Attorney's Office
53 Pleasant St., 4th Floor
Concord, NH 03301
603.225.1552

/s/ Eric Wolpin
Eric Wolpin
Jeff Levin
Assistant Federal Defenders
Federal Defender Office
22 Bridge Street
Concord, NH 03301
603.226.7360