20-CR-6

Cantwell
Objection and
Motion to reconsider

The clerk informed me of the court's offer of a viewing room but that I'd need to put on a mask in the hallways of the building. This response ignores my medical condition and religious objection. As a member of the press, like anyone else, I have a right to observe court proceedings, without I should not be required to endanger my health or violate my religious beliefs to observe the court. If the court will continue to disallow me entry without a mask, it should provide me with a feed over the internet so I can observe the trial and report on it as the supposedly free press. If this motion is denied, please provide a written denial stating why.

Hand-delivered
2020-09-22

Ian Freeman