UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 1:20-cr-00006-PB |
| | ) | |
| CHRISTOPHER CANTWELL | ) | |
| | ) | |

## GOVERNMENT'S THIRD AMENDED TRIAL EXHIBIT LIST

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, through his assistants, John S. Davis and Anna Z. Krasinski hereby submits the Government's Third Amended Trial Exhibit List. The government may use in its case-in-chief the following exhibits:

| 100 Series Miscellaneous | ID | DESCRIPTION | BATES NOS. |
| --- | --- | --- | --- |
| 100 | (X) | 2019.06.15 – 2019.06.21 Telegram Chat between Christopher Cantwell and Cheddar Mane | Not applicable |
| 101 | (X) | 2018.04.08 Radical Agenda Post – On Doxing and Anonymity | 17R239_REP-000169-17R239_REP-000169.09 |
| 102 | (X) | 2019.06.17 (1:54:43 AM) Telegram Post by Christopher Cantwell (Family photos) | 17R239REP_00101_000005-17R239REP_00101_000007 |
| | | | |
| 103 | (X) | 2019.06.17 Recording of call to Child Abuse Hotline (parts 1 and 2 combined) | Not applicable |
| 103A | (X) | 2019.06.17 Recording of call to Child Abuse Hotline Transcript | Not applicable |
| | | | |
| 104 | (X) | 2019.06.19 Audio/Video Clip Outlaw Conservative Podcast | Not applicable |
| 104A | (X) | 2019.06.19 Audio/Video Clip Outlaw Conservative Podcast Transcript | Not applicable |
| | | | |

| 105 | (ID) | 2019.12.05 Audio Clip 1 – Call Between Christopher Cantwell and Katelen Fry | Not applicable |
|---|---|---|---|
| 105A | (ID) | 2019.12.05 Audio Clip 1 – Call Between Christopher Cantwell and Katelen Fry Transcript | Not applicable |
| | | | |
| 106 | (ID) | 2019.12.05 Audio Clip 2 – Call Between Christopher Cantwell and Katelen Fry | Not applicable |
| 106A | (ID) | 2019.12.05 Audio Clip 2 – Call Between Christopher Cantwell and Katelen Fry Transcript | Not applicable |
| | | | |
| 107 | (ID) | 2019.12.05 Audio Clip 3 – Call Between Christopher Cantwell and Katelen Fry | Not applicable |
| 107A | (ID) | 2019.12.05 Audio Clip 3 – Call Between Christopher Cantwell and Katelen Fry Transcript | Not applicable |
| | | | |
| 108 | (ID) | 2019.12.05 Audio Clip 4 – Call Between Christopher Cantwell and Katelen Fry | Not applicable |
| 108A | (ID) | 2019.12.05 Audio Clip 4 – Call Between Christopher Cantwell and Katelen Fry Transcript | Not applicable |
| | | | |
| 109 | (ID) | 2019.12.05 Audio Clip 5 Call Between Christopher Cantwell and Katelen Fry | Not applicable |
| 109A | (ID) | 2019.12.05 Audio Clip 5 Call Between Christopher Cantwell and Katelen Fry Transcript | Not applicable |
| | | | |
| 110 | (ID) | 2020. 02.28 Audio Clip Jail Call (Cantwell and Hannah Pleasants) | Not applicable |
| 110A | (ID) | 2020. 02.28 Audio Clip Jail Call (Cantwell and Hannah Pleasants) Transcript | Not applicable |
| | | | |
| 111 | (ID) | 2020.03.07 Audio Clip Jail Call (Cantwell and Ingrid Dean) | Not applicable |
| 111A | (ID) | 2020.03.07 Audio Clip Jail Call (Cantwell and Ingrid Dean) Transcript | Not applicable |
| | | | |

| 112 | (IX) | 2019.02.11 Cantwell Post | 17R239_REP-00013.1 |
|---|---|---|---|
|  |  |  |  |
| 113 | (IX) | 2019.02.11 Post on christophercantwell.com | 17R239_REP-00023.02 |
| 114 | (IX) | 2019.06.14 Audio Clip Radical Agenda – False Flag Day | Not applicable |
| 114A | (ID) | 2019.06.14 Audio Clip Radical Agenda – False Flag Day Transcript | Not applicable |
| 114B | (IX) | 2019.06.14 Radical Agenda – False Flag Day Posting on christophercantwell.com | 17R239_REP-002754-17R239_REP-002754.08 |
|  |  |  |  |
| 115 | (IX) | 2019.06.17 Audio Clip Radical Agenda – Glowing Postal | Not applicable |
| 115A | (ID) | 2019.06.17 Audio Clip Radical Agenda – Glowing Postal Transcript | Not applicable |
| 115B | (IX) | 2019.06.17 Radical Agenda – Glowing Postal Posting on christophercantwell.com REDACTED | 17R239_REP-002755 - 17R239_REP-002755.09 |
| 116 | (IX) | Screenshot-specifically mentioned my kids 17R239_REP-002757 |  |
| 117 | (IX) | Screenshot-gonna harm my family 17R239_REP-002758 |  |
| 118 | (ID) | Cheddar Mane - Lambert Calls |  |
| 119 | (IX) | CPS Screenshot 17R239_REP-002761 |  |
|  |  |  |  |
| **200 Series**<br>**ITEM 1B9**<br>**CELLPHONE** | ID | **DESCRIPTION** | **BATES NOS.** |
| 200 | (IX) | Cellphone Extraction – Cellphone Images Data | Not applicable |
| 201 | (IX) | 2019.06.16 8.27.17 PM Telegram Wife and Kids (front) IMG_20190616_202717_506 | Not applicable |
| 202 | (IX) | 2019.06.16 8.29.43 PM Telegram Wife and Kids (back) IMG_20190616_202943_707 | Not applicable |
| 203 | (IX) | 2019.06.16 8.30.27 PM Telegram Winfield Map-IMG_20190616_203028_074 | Not applicable |
| 204 | (IX) | 2019.06.16 8.30.34 PM Telegram Paper on Tongue Image IMG_20190616_203034_936 | Not applicable |

| 205 | (IX) | 2019.06.16 8.30.39 PM Telegram "From your Location" IMG_20190616_203040_797 | Not applicable |
|---|---|---|---|
| 206 | (IX) | 2016.06 9.42.31 PM Telegram "I guess you forgot the lesson" Screenshot_20190616-214231 | Not applicable |
| 207 | (IX) | 2019.06.16 9.42.37 PM Telegram "Your wife is going to have trouble sleeping at night" Screenshot_20190616-214237_Telegram | Not applicable |
| 208 | (IX) | 2019.06.16 9.42.44 PM Telegram Cheddy Blac "fuck around and I'll remind you the hard way" Screenshot_20190616-214244_Telegram | Not applicable |
| 209 | (IX) | 2019.06.16 9.42.57 Telegram Family photo "incel listeners would love to give her another baby" Screenshot_20190616-214257_Telegram | Not applicable |
| 210 | (IX) | 2019.06.16 9.43.03 PM Telegram Paper on Tongue Image "You think FBI would take issue with an LSD user" Screenshot_20190616-214303_Telegram | Not applicable |
| 211 | (IX) | 2019.06.16 9.43.09 PM Telegram "Tell Vic if he gives himself up he can save your family"_20190616-214308_Telegram | Not applicable |
| 212 | (IX) | 2019.06.16 9.43.13 PM Telegram Cheddy Blac "CPS will visit soon" Screenshot_20190616-214313_Telegram | Not applicable |
| 213 | (IX) | 2019.06.16 9.43.19 PM Telegram Cheddy Blac "Have a good night" Screenshot_20190616-214319_Telegram | Not applicable |
| 214 | (IX) | 2019.06.17 1.28.39 AM Telegram Cantwell Post masks over family 806021663_264352 | Not applicable |
| 215 | (IX) | 2019.06.17 1.28.39 AM Telegram Cantwell – "fucking liar" 806119833_336182 | Not applicable |
| 216 | (IX) | 2019.06.17 1.28.39 AM Telegram Cantwell – "escalate until I get what I want" 806119241_337184 | Not applicable |
| 217 | (IX) | 2019.06.17 1.28.39 AM Telegram Cantwell - nude man with photo and Jewish star 806021126_264611 | Not applicable |
| 218 | (IX) | 2019.06.17 1.28.39 AM Telegram Cantwell "Get a fucking life or I will ruin the one you have" 806121173_337983 | Not applicable |

| | | | |
|---|---|---|---|
| 219 | (X) | 2019.06.17 1.32.57 AM Telegram Cantwell- "send every episode of Bowlcast to CPS" 806027818_275992 | Not applicable |
| 220 | (X) | 2019.06.17 4.25.33 AM Telegram "CPS will visit you soon" 806625960_173137 | Not applicable |
| 221 | (X) | 2019.06.21 4.47.52 PM Telegram Cheddy Blac image "Have a good night"1561150072315 | Not applicable |
| 222 | (X) | 2019.06.21 4.47.52 PM Telegram Cheddy Blac "CPS will visit you soon, I'm not talking about listeners" 1561150072432 | Not applicable |
| 223 | (X) | 2019.06.21 4.48.03 PM Telegram Cheddy Blac Text "I'll escalate until I get what I want." 1561150083239 | Not applicable |
| 224 | (X) | 2019.06.21 4.48.06 PM Telegram Paper on Tongue Image "You think FBI would take issue with an LSD user" 1561150086804 | Not applicable |
| 225 | (X) | 2019.06.21 4.48.09 PM Telegram Cheddy Blac Family Photo "incel listeners …give her another baby" 1561150089948 | Not applicable |
| 226 | (X) | 2019.06.21 7.36.22 PM Telegram Cheddy Blac Family Photo "fuck your wife in front of your kids" 1561160182366 | Not applicable |
| **300 Series ITEM 1B18 Hard Drive** | **ID** | **DESCRIPTION** | **BATES NOS.** |
| 300 | (X) ID | Electronic Device Extraction –Images Data | Not applicable |
| 301 | (X) | Photo (Peach and two males) 806118392_197751.jpg | Not applicable |
| 302 | (X) | Photo of male in blue shirt 806622949_23828.jpg | Not applicable |
| 303 | (ID) | Kaiser Peezy Post 806624216_75687.jpg | Not applicable |
| 304 | (X) | Cantwell post "start dropping them until they rat out Vic" 806625427_91915.jpg | Not applicable |
| **400 Series ITEM 1B23 Computer** | **ID** | **DESCRIPTION** | **BATES NOS.** |
| 400 | (X) | Cellphone Extraction – Bowlcast episodes | Not applicable |

5

| 500 Series EMAILS | ID | DESCRIPTION | BATES NOS. |
|---|---|---|---|
| 500 | (ID) | 2019.06.21 @ 7:57 PM-Email-Cantwell to Chidester | 17R239_EMAILS-000068 |
| 501 | (ID) | 2019.08.28 @ 9:17 AM-Email-Cantwell to FBI-Harassment Complaint | 17R239_EMAILS-000926-17R239_EMAILS-000933 |
| 502 | (ID) | 2019-08-28 @ 9:20 AM-Email-Cantwell to FBI (family photo) | 17R239_EMAILS-000269-17R239_EMAILS-000281 |
| **600 Series POLE CAMERA IMAGES** | (ID) | DESCRIPTION | BATES NOS. |
| 600 | (ID) | 2019.06.14 @ 1:42:46 PM Pole Camera Image-Black vehicle pulling into driveway | Not applicable |
| 601 | (ID) | 2019.06.15 @ 12:01:59 PM Pole Camera Image -parked vehicle | Not applicable |
| 602 | (ID) | 2020.06.16 @ 5:18:52 PM Pole Camera Image-Black vehicle pulling into driveway | Not applicable |
| 603 | (ID) | 2020.06.16 @ 5:19:01 PM Pole Camera Image-Black vehicle pulling out of driveway | Not applicable |
| 604 | (ID) | 2020.06.16 @ 5:19:01 PM Pole Camera Image-Black vehicle pulling out of driveway | Not applicable |
| 605 | (ID) | 2020.06.17 @ 5:05:58 AM Pole Camera Image-Black vehicle pulling into driveway break lights | Not applicable |
| 606 | (ID) | 2020.06.17 @ 12:33:05 PM Pole Camera Image-Black vehicle pulling into driveway | Not applicable |
| 607 | (ID) | 2020.06.17 @ 1:00:05 PM Pole Camera Image-parked vehicle | Not applicable |
| 608 | (ID) | 2020.06.17 @ 1:17:22 PM Pole Camera Image-Black vehicle pulling out of driveway | Not applicable |
| 609 | (ID) | 2020.06.17 @ 1:43:47 PM Pole Camera Image Black vehicle pulling into driveway | Not applicable |
| **700 Series SUMMARY CHARTS** | (ID) | DESCRIPTION | BATES NOS. |
| 700 | (ID) | Chronology of Events | Not applicable |

The government reserves the right to seek leave to amend its exhibit list as necessary.

Dated: September 19, 2020

                                                        Respectfully submitted,
                                                        SCOTT W. MURRAY
                                                        United States Attorney

                                                        /s/John S. Davis
                    By:    John S. Davis
                              Anna Z. Krasinski
                              Assistant U.S. Attorneys
                              53 Pleasant Street, 4th Floor
                              Concord, N.H. 03301
                              (603) 225-1552