IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | No. 20-CR-00006-PB |
| | ] | |
| CHRISTOPHER CANTWELL | ] | |

## DEFENDANT'S FIFTH SUPPLEMENTAL TRIAL EXHIBIT LIST

Defendant, Christopher Cantwell, by and through counsel, AFPD Eric Wolpin and AFPD Jeffrey Levin, hereby submit the Defendant's Fifth Supplemental Trial Exhibit List. The defendant hereby notifies the Court and the government that he may offer the following exhibits at the trial in this case:

| A SERIES - BOWL PATROL ONLINE | | | |
|---|---|---|---|
| Exhibit name | ID | Bates | Description |
| A_Complete_Public_Bowlcast_Telegram_Site.pdf | (ID) | | Complete_Public_Bowlcast_Telegram_Site.pdf |
| Aa_Selection Public Bowlcast Telegram Site.pdf | (ID) | | Selection Public Bowlcast Telegram Site.pdf |
| A-1_17R239_REP-000848.pdf | (ID) | 17R239 REP-000848 | Screenshots Bowl Patrol Doxing |
| A-2_17R239_REP-000370 to 17R239_REP-000375.pdf | (ID) | 17R239_REP-000370 to 17R239_REP-000375 | Paul Nehlen's Online Activity |
| A-3_17R239_REP-002712.pdf | (ID) | 17R239_REP-002712 | Bowl Patrol Episode 7 Gab Post |
| A-4_17R239 REP-002731.03 | (ID) | 17R239 REP-002731.03 | Bowl Patrol Leaderboard Meme |
| A-5_17R239 REP-002731.02.pdf | (ID) | 17R239 REP-002731.02 | Bowl Patrol Guide to Bomb Making Image |
| A-6_ Bowlcast Episode 3 Banner Image.png | ~~(ID)~~ | | Bowlcast Episode 3 Banner Image |
| A-7_Dylan Roof Collage Image.jpg | (ID) | | Dylan Roof Collage Image |
| A-8_Roof with Hitler.jpg | (ID) | | Dylan Roof with Hitler Image |
| A-9_Saint Roof.jpg | (ID) | | Dylan Roof Photoshop Saint Image |
| A-10_Vic Mackey Meme.jpg | (ID) | | Dylan Roof Photoshopped Bowlcut Image |
| A-11_Dylan Roof with Bowl Patrol Avatars.png | (ID) | | Dylan Roof with Bowl Patrol Avatars Image |
| A-12_Vic Mackey Woodchipper.jpg | (ID) | | Vic Mackey Woodchipper Meme Image |
| A-13_Vic Mackey Gas Chamber Meme.jpg | (ID) | | Vic Mackey Gas Chamber Meme Image |
| A-14_17R239_REP-002731.pdf | (ID) | 17R239_REP-002731 | Bowl Patrol Telegram Logo pdf |
| A-15_Episode-The-Southern-AF-Podcast-66-Vic-Mackey-Arnel-Cheddar-Mane.pdf | (ID) | | Episode-The-Southern-AF-Podcast-66-Vic-Mackey-Arnel-Cheddar-Mane Screen Capture pdf |

| B SERIES - CANTWELL ||||
|---|---|---|---|
| **Exhibit name** | **ID** | **Bates** | **Description** |
| B_Screenshot_20190620-140254_Telegram.jpg | (ID) | | 06/20/2019 Screenshot of Telegram Profile – Death to Cantwell |
| B-1_Screenshot_20190620-140331_Telegram.jpg | (ID) | | 06/20/2019 Screenshot of Telegram Profile Sticker Pack – Death to Cantwell |
| B-2_Screenshot_20190830.pdf | (ID) | | 08/30/2019 Screenshots - Text Harassment |
| B-3_Cantwell Rape Threat.pdf | (ID) | | Screenshot of Cantwell Threatened |
| B-4_Chris.FBI.meme.jpg | (ID) | | Screenshot of Twitter Post of Cantwell FBI Meme |
| B-4a_Chris FBI meme.pdf | (ID) | | Screenshot Chris FBI Meme |
| B-4b_Chris FBI meme Redacted.jpg | ~~(ID)~~ | ~~X~~ | Screenshot Chris FBI Meme |
| B-5_Radical Agenda Prank Calls.wav | ~~~~ | | Clips of Cantwell's Show Prank Called |
| B-5a_Radical Agenda Prank Calls.wav | ~~(ID)~~ | | Clip of Cantwell's Show Prank Called |
| B-6_17R239 REP-000599 to 17R239 REP-000607_Redacted.pdf | (ID) | 17R239 REP-000599 to 17R239 REP-000607_Redacted | Cantwell Email to FBI 09/03/2019 |
| B-7_17R239 REP-000175.pdf | (ID) | 17R239 REP-000175 | Screenshot - Gab Post of Vic Mackey Posting Cantwell's Address |
| B-8_17R239 REP-000023.02_Redacted | (ID) | 17R239 REP-000023.02_Redacted | Cantwell's Online Post RE: SPAM |
| B-9_17R239_REP-000013.pdf | (ID) | 17R239_REP-000013 | Screenshot Image of Cantwell Online Post Reporting Bowl Patrol |
| B-10_17R239_REP-000013.02.pdf | (ID) | 17R239_REP-000013.02 | Screenshot of Bowl Patrol Posting Cantwell Reporting them to Platform |
| B-11_17R239_EMAILS-002521.pdf | (ID) | 17R239_EMAILS-002521 | Screenshot of Fake Online Cantwell Account |
| B-12_17R239_EMAILS-002158 to 17R239 EMAILS-002161.pdf | (ID) | 17R239_EMAILS-002158 to 17R239 EMAILS-002161 | FWD of 02/19/2019 Cantwell Email to Ad Hoc Labs Legal Department |
| B-13_17R239_EMAILS-002199.pdf | (ID) | 17R239_EMAILS-002199 | 03/12/2019 Cantwell Email Reporting Bowl Patrol to Webhost |
| B-14_17R239_EMAILS-002170 to 17R239_EMAILS-002172.pdf | (ID) | 17R239_EMAILS-002170 to 17R239_EMAILS-002172 | 06/19/2019 Cantwell Email Reporting Abuse to Telegram |
| B-15_Katelen Fry Text 06 15 2019.pdf | (ID) | | 06/15/2019 Katelen Fry Text |
| B-16_17R239_REP-000098-Katelen20191205-FBI.mp3 | (ID) | 17R239_REP-000098 | 2019 12 05 Katelen Fry call mp3 |
| B-17_Ingrid Dean Jail Call 03 07 20.wav | (ID) | | Ingrid Dean Jail Call 03 07 20 clip wav |
| B-18_Ingrid Dean Jail Call 03 07 20.wav | (ID) | | Ingrid Dean Jail Call 03 07 20 clip wav |
| B-19_Hanna Pleasant Jail Call 02 28 20.wav | (ID) | | Hanna Pleasant Jail Call 02 28 20 clip wav |

| Exhibit name | ID | Bates | Description |
|---|---|---|---|
| B-20_March Telegram Cantwell Cheddar | (ID) | | March Telegram Cantwell Cheddar pdf |
| B-21_Cantwell Website Frontpage Defacement 2_11_2019.pdf | (ID) | | Cantwell Website Frontpage Defacement 2_11_2019 Screen Capture |
| B-22_Cantwell Website Bowl Cartel Defacement 2_11_2019.pdf | (ID) | | Cantwell Website Bowl Cartel Defacement 2_11_2019 Screen Capture |
| B-23_Cantwell Website Fashy Defacement 2_11_2019.pdf | (ID) | | Cantwell Website Fashy Defacement 2_11_2019 Screen Capture |
| B-24_Cantwell Website Sold Out Defacement 2_11_2019.pdf | (ID) | | Cantwell Website Sold Out Defacement 2_11_2019 Screen Capture |
| B-25_Cantwell Website Dino Capuzzo Defacement 2_11_2019.pdf | (ID) | | Cantwell Website Dino Capuzzo Defacement 2_11_2019 Screen Capture |
| B-26_Cantwell Website RA Fans Defacement 2_11_2019.pdf | (ID) | | Cantwell Website RA Fans Defacement 2_11_2019 Screen Capture |
| B-27_Cantwell Website 740-IAM-LGBT Defacement 2_11_2019.pdf | (ID) | | Cantwell Website 740-IAM-LGBT Defacement 2_11_2019 Screen Capture |
| B-28_bowldefacementtitles1.jpg | (ID) | | bowldefacementtitles1 Image |
| B-29_bowldefacementtitles2.jpg | (ID) | | bowldefacementtitles2 Image |

| C SERIES - BL ONLINE | | | |
|---|---|---|---|
| Exhibit name | ID | Bates | Description |
| C_17R239 REP-000045 to 17R239 REP-000045.08.pdf | (ID) | 17R239 REP-000045 to 17R239 REP-000045.08 | Lambert's Email of Telegram Screenshots to FBI |
| C-1_17R239_REP-000083.mp4 | (ID) | 17R239_REP-000083 | Threat to FBI Dino Capuzzo (10.15.18) |
| C-1a_RAS04E032-clips.mp3 | (ID) | | Radical Agenda Lambert 10/18/2019 Call Full clip |
| C-1b_RAS04E032-clips.wav | (ID) | | Radical Agenda Lambert 10/18/2019 Call Question clip |
| C-1c_RAS04E032-clips.wav | (ID) | | Radical Agenda Lambert 10/18/2019 Call Cantwell Response clip |
| C-2_17R239_REP-000179.pdf | | 17R239_REP-000179 | Cheddy Blac Telegram Profile |
| C-3_Podcast Clip.wav.wav | (ID) | | Acid and Willing Violence - Clip from Bowlcast EP 5 |
| C-4_Podcast Clip 2.wav | (ID) | | "We Dropped a Ton of Acid" - Clip from The Southern AF Podcast 66 |
| C-5_Podcast Clip 3.wav | (ID) | | Hardmous DMT and Favorite Drugs - Clip from The Southern AF Podcast 66 |
| C-6_Podcast Clip 4.wav | (ID) | | Tripping and Coyotes - Clip from The Southern AF Podcast 66 |
| C-7_Podcast Clip 5.wav | (ID) | | Excessive Drug use - Clip from Bowlcast EP 5 |
| C_7a Podcast Clips.wav | (ID) | | Podcast Clips Combined wav |
| C-8_Bowlcast EP 11 Announcement.pdf | (ID) | | 07/04/2020 Niggaz Kissin' Post on Bowlcast Episode 11 |
| C-9_Cheddarmane Recent Telegram Screenshot NK.png | (ID) | | 07/04/2020 Niggaz Kissin' Telegram Post on Cheddarmane Fake Profile |

| Exhibit name | ID | Bates | Description |
|---|---|---|---|
| C-10_Cheddarmane Recent Telegram Screenshot NK 2.png | (ID) | | 07/26/2020 Niggaz Kissin' Telegram Post on Cheddarmane Fake Profile |
| C-11_Lambert Photo on N Kissin Channel.pdf | (ID) | | 07/26/2020 Niggaz Kissin' Telegram Post Lambert's picture |
| C-12_Nehlen Cantwell.pdf | (ID) | | 02/02/2020 Niggaz Kissin' Telegram Posts - Nehlen and Lambert on Cantwell |
| C-13_NK screencapture telegram.pdf | (ID) | | Niggaz Kissin' Telegram page from 01/25/20 to 01/30/2020 |
| C-14_Ben Lambert article.png | (ID) | | 05/15/2017 Article by Lambert |
| C-15_Cheddar twitter 2.pdf | (ID) | | Screenshot of Archived Twitter Profile |
| C-16_Cheddar twitter.pdf | (ID) | | Screenshot of Archived Twitter Profile |
| C-17_cheddarmane avatar.jpg | (ID) | | Image of Cheddarmane Avatar |
| C-18_Gab Social Cheddar.pdf | (ID) | | Screenshot of Cheddarmane Gab Profile |
| C-19_17R239 REP-000012 to 17R239 REP-000012.02.pdf | (ID) | 17R239 REP-000012 to 17R239 REP-000012.02 | Cheddar Mane post via Paul Nehlen |
| C-20_17R239_REP-000047-Wignasty - Chris Cantwell (Here Come Them Bowlthers).mp3 | (ID) | 17R239_REP-000047 | Wignasty - Chris Cantwell (Here Come Them Bowlthers) |
| C-21_Cheddar Tweet 03 05 2019.png | (ID) | | 03/05/2019 Cheddarmane Tweet |
| C-22_Call In Studio Billing Log 10_15_2018.xlsx | (ID) | | Call In Studio Billing Log 10/15/2018 |
| C-23_17R239_REP-002761.pdf | (ID) | 17R239_REP-002761 | 06/18/2019 Lambert Text pdf |
| C-24_Radical Agenda Telegram Chat.pdf | (ID) | | Radical Agenda Telegram Chat pdf |
| C-25_NK.Telegram.Here.Come. The Bowlers.jpg | (ID) | | NK Telegram Here Come The Bowlers Screen Capture Image |
| C-26_ Uncle Paul Telegram Page Screen Captured 9_20_20 Image.jpg | (ID) | | Uncle Paul Telegram Page Screen Captured 9 20 20 Image |
| C-27_NK Uncle Paul Post Screen Captured 9_20_20 | (ID) | | NK Uncle Paul Post Screen Captured 9_20_20 |

| D SERIES - BL TRANSCRIPTS AND REPORTS | | | |
|---|---|---|---|
| Exhibit name | ID | Bates | Description |
| D_17R239_GJ-000001.pdf | (ID) | 17R239_GJ-000001 | Lambert's Grand Jury Testimony Transcript |
| D-1_Transcript FBI BL Oct 2019.pdf | (ID) | | Lambert FBI Interview Transcript |
| D-2_17R239_REP-000004 to 17R239_REP-000004.07.pdf | (ID) | 17R239_REP-000004 to 17R239_REP-000004.07 | 10/17/19 Lambert FBI Interview Report |
| D-3_17R239_REP-000005 to 17R239_REP-000005.04.pdf | (ID) | 17R239_REP-000005 to 17R239_REP-000005.04 | 12/18/19 Lambert FBI Interview Report |

| D-4_17R239_REP-000110 to 17R239_REP-000110.09.pdf | (ID) | 17R239_REP-000110 to 17R239_REP-000110.09 | 03/11/2020 Lambert FBI Interview Report |

| E SERIES - BOWL PATROL AUDIO ||||
|---|---|---|---|
| Exhibit name | ID | Bates | Description |
| E_17R239_REP-000090-bowlcast1-MP3.mp3 | (ID) | 17R239_REP-000090 | Bowlcast Episode 1 |
| E-1_17R239_REP-000091-Bowlcast-EP-2.mp3 | (ID) | 17R239_REP-000091 | Bowlcast Episode 2 |
| E-2_17R239_REP-000092-Bowlcast-EP-3.mp3 | (ID) | 17R239_REP-000092 | Bowlcast Episode 3 |
| E-3_17R239_REP-000093-Bowlcast-EP-4.mp3 | (ID) | 17R239_REP-000093 | Bowlcast Episode 4 |
| E-4_17R239_REP-000094-Bowlcast-EP-5.mp3 | (ID) | 17R239_REP-000094 | Bowlcast Episode 5 |
| E-5_17R239_REP-000095-Bowlcast-EP-6.mp3 | (ID) | 17R239_REP-000095 | Bowlcast Episode 6 |
| E-6_17R239_REP-000096-Bowlcast episode 7.mp3 | (ID) | 17R239_REP-000096 | Bowlcast Episode 7 |
| E-7_17R239_REP-000097-Bowlcast-EP-8.mp3 | (ID) | 17R239_REP-000097 | Bowlcast Episode 8 |
| E-8_Bowl Patrol on Cantwell - Bowlcast EP 7.wav | | | Bowl Patrol on Cantwell - Bowlcast EP 7.wav |
| E-9_Bowl Patrol on Federal Police and Antifa - Bowlcast EP 7.wav | (ID) | | Bowl Patrol on Federal Police and Antifa - Bowlcast EP 7.wav |
| E-10_Bowlcast Opening Theme Song.wav | (ID) | | Bowlcast Opening Theme Song.wav |
| E-11_Cantwell Impression Agent 1 - Bowlcast EP 7.wav | (ID) | | Cantwell Impression Agent 1 - Bowlcast EP 7.wav |
| E-12_Cheddar and Vic on IRL Violence - Bowlcast EP 3.wav | (ID) | | Cheddar and Vic on IRL Violence - Bowlcast EP 3.wav |
| E-13_Cheddar and Vic Woodchipper Trump America - Bowlcast EP 6.wav | (ID) | | Cheddar and Vic Woodchipper Trump America - Bowlcast EP 6.wav |
| E-14_Cheddar Encourages Accepting Role - Bowlcast EP 8.wav | (ID) | | Cheddar Encourages Accepting Role - Bowlcast EP 8.wav |
| E-15_Cheddar Fear of the Bullet - Bowlcast EP 8.wav | (ID) | | Cheddar Fear of the Bullet - Bowlcast EP 8.wav |
| E-16_Cheddar Gun Play Blow Up - Bowlcast EP 5.wav | (ID) | | Cheddar Gun Play Blow Up - Bowlcast EP 5.wav |
| E-17_Cheddar Intro - Bowlcast EP 3.wav | (ID) | | Cheddar Intro - Bowlcast EP 3.wav |

| | | | |
|---|---|---|---|
| E-18_Cheddar NWords - Bowlcast EP 3.wav | (ID) | | Cheddar NWords - Bowlcast EP 3.wav |
| E-19_Cheddar Personal Life Naming the Jew - Bowlcast EP 4.wav | (ID) | | Cheddar Personal Life Naming the Jew - Bowlcast EP 4.wav |
| E-20_Cheddar Shooting into Dead Cops Graves - Bowlcast EP 4.wav | (ID) | | Cheddar Shooting into Dead Cops Graves - Bowlcast EP 4.wav |
| E-21_Cheddar Terror Tactics - Bowlcast EP 7.wav | (ID) | | Cheddar Terror Tactics - Bowlcast EP 7.wav |
| E-22_Cheddar Where He has Lived - Bowlcast EP 3.wav | (ID) | | Cheddar Where He has Lived - Bowlcast EP 3.wav |
| E-23_Dylan Roof - Bowlcast EP 7.wav | (ID) | | Dylan Roof - Bowlcast EP 7.wav |
| E-24_Edmund Kempbowl Jewish Rape Segment - Bowlcast EP 2.wav | (ID) | | Edmund Kempbowl Jewish Rape Segment - Bowlcast EP 2.wav |
| E-25_Fed Posting Rape Agent 1 and Agent Peach - Bowlcast EP 6.wav | (ID) | | Fed Posting Rape Agent 1 and Agent Peach - Bowlcast EP 6.wav |
| E-25a_Fed Posting Rape Agent 1 and Agent Peach Bowlcast EP 6.wav | (ID) | | Fed Posting Rape Agent 1 and Agent Peach Bowlcast EP 6.wav |
| E-26_German Politician Murder - Bowlcast EP 8.wav | (ID) | | German Politician Murder - Bowlcast EP 8.wav |
| E-27_Hardmous Cantwell Prank Federal - Bowlcast EP 6.wav | (ID) | | Hardmous Cantwell Prank Federal - Bowlcast EP 6.wav |
| E-28_Mosin Cantwell Prank - Bowlcast EP 6.wav | (ID) | | Mosin Cantwell Prank - Bowlcast EP 6.wav |
| E-29_Omar Mateen - Bowlcast EP 7.wav | (ID) | | Omar Mateen - Bowlcast EP 7.wav |
| E-30_Paul Nehlen Plenty of Marxists to Beat - Bowlcast EP 2.wav | (ID) | | Paul Nehlen Plenty of Marxists to Beat - Bowlcast EP 2.wav |
| E-31_Paul Nehlen Proud of my Bowl - Bowlcast EP 2.wav | (ID) | | Paul Nehlen Proud of my Bowl - Bowlcast EP 2.wav |
| E-32_School Shootings Cops - Bowlcast EP 6.wav | (ID) | | School Shootings Cops - Bowlcast EP 6.wav |
| E-33_Segment of Prank Calls to Cantwell - Bowlcast EP 4.wav | (ID) | | Segment of Prank Calls to Cantwell - Bowlcast EP 4.wav |
| E-34_Vic and Cheddar Agent and Cantwell Impressions - Bowlcast EP 6.wav | (ID) | | Vic and Cheddar Agent and Cantwell Impressions - Bowlcast EP 6.wav |
| E-35_Vic and Cheddar Death to all Pigs - Bowlcast EP 7.wav | (ID) | | Vic and Cheddar Death to all Pigs - Bowlcast EP 7.wav |
| E-36_Vic and Cheddar Kidnapping Torturing and Raping Jewish Women - Bowlcast EP 6.wav | (ID) | | Vic and Cheddar Kidnapping Torturing and Raping Jewish Women - Bowlcast EP 6.wav |

| | | | |
|---|---|---|---|
| E-37_Vic and Cheddar Kidnapping Torturing and Raping Jewish Women Longer - Bowlcast EP 6.wav | (ID) | | Vic and Cheddar Kidnapping Torturing and Raping Jewish Women Longer - Bowlcast EP 6.wav |
| E-38_Vic and Cheddar on Bowers Shooting - Bowlcast EP 5.wav | (ID) | | Vic and Cheddar on Bowers Shooting - Bowlcast EP 5.wav |
| E-39_Vic and Cheddar on Cantwell Pulled the Rug - Bowlcast EP 6.wav | (ID) | | Vic and Cheddar on Cantwell Pulled the Rug - Bowlcast EP 6.wav |
| E-40_Vic and Cheddar Race Traitors - Bowlcast EP 6.wav | (ID) | | Vic and Cheddar Race Traitors - Bowlcast EP 6.wav |
| E-41_Vic and Cheddar Rape Kessler - Bowlcast EP 3.wav | (ID) | | Vic and Cheddar Rape Kessler - Bowlcast EP 3.wav |
| E-42_Vic and Cheddar Rape Kessler 2 - Bowlcast EP 3.wav | (ID) | | Vic and Cheddar Rape Kessler 2 - Bowlcast EP 3.wav |
| E-43_Vic and Cheddar Raping Yentas - Bowlcast EP 3.wav | (ID) | | Vic and Cheddar Raping Yentas - Bowlcast EP 3.wav |
| E-44_Vic Jews Suffering Brings Me Joy - Bowlcast EP 7.wav | (ID) | | Vic Jews Suffering Brings Me Joy - Bowlcast EP 7.wav |
| E-45_Vic Kill Your Way to an Ethno State - Bowlcast EP 7.wav | (ID) | | Vic Kill Your Way to an Ethno State - Bowlcast EP 7.wav |
| E-46_Vic Make Whites More Predatory - Bowlcast EP 7.wav | (ID) | | Vic Make Whites More Predatory - Bowlcast EP 7.wav |
| E-47_Vic on America Race War and Cheddar Agrees - Bowlcast EP 3.wav | (ID) | | Vic on America Race War and Cheddar Agrees - Bowlcast EP 3.wav |
| E-48_Vic on Matt Hale and Federal Convictions - Bowlcast EP 4.wav | (ID) | | Vic on Matt Hale and Federal Convictions - Bowlcast EP 4.wav |
| E-49_Vic Rape Agent 1 to Death - Bowlcast EP 6.wav | (ID) | | Vic Rape Agent 1 to Death - Bowlcast EP 6.wav |
| E-50_Vic School Shootings - Bowlcast EP 6.wav | (ID) | | Vic School Shootings - Bowlcast EP 6.wav |
| E-51_Vic Sri Lanka - Bowlcast EP 8.wav | (ID) | | Vic Sri Lanka - Bowlcast EP 8.wav |
| E-52_Whose Tree Have Your Spooks Hung Under Song - Bowlcast EP 2.wav | (ID) | | Whose Tree Have Your Spooks Hung Under Song - Bowlcast EP 2.wav |
| E-53_The Southern AF Podcast 66 - Vic Mackey, Arnel and Cheddar Mane.mp3 | (ID) | | The Southern AF Podcast 66 - Vic Mackey, Arnel and Cheddar Mane.mp3 |
| E-54_Cheddar Law Enforcement - Southern AF Podcast 66.wav | (ID) | | Cheddar Law Enforcement - Southern AF Podcast 66.wav |
| E-55_Cheddar on His Guns - Southern AF Podcast 66.wav | (ID) | | Cheddar on His Guns - Southern AF Podcast 66.wav |

| Exhibit name | ID | Bates | Description |
|---|---|---|---|
| E-56_Cheddar on Pranking Cantwell Prediction - Southern AF Podcast 66.wav | (ID) | | Cheddar on Pranking Cantwell Prediction - Southern AF Podcast 66.wav |
| E-57_Cheddar Sign Off - Southern AF Podcast 66.wav | (ID) | | Cheddar Sign Off - Southern AF Podcast 66.wav |
| E-58_Vic Anglin Cantwell Rape Memes - Southern AF Podcast 66.wav | (ID) | | Vic Anglin Cantwell Rape Memes - Southern AF Podcast 66.wav |
| E-59_Vic on Pranking Cantwell - Southern AF Podcast 66.wav | (ID) | | Vic on Pranking Cantwell - Southern AF Podcast 66.wav |
| E-60_Vic on Pranking Cantwell 2 - Southern AF Podcast 66.wav | (ID) | | Vic on Pranking Cantwell 2 - Southern AF Podcast 66.wav |

| F SERIES - BL CALLS | | | |
|---|---|---|---|
| Exhibit name | ID | Bates | Description |
| F_17R239_REP-001856 to 17R239 REP-001864.pdf | (ID) | 17R239_REP-001856 to 17R239 REP-001864 | Manchester Police Department Report of Jail calls between Moeller and Lambert |
| F-1_1573001970_171_12_175_731.wav | (ID) | | 2019-11-05 Call |
| F-2_1573266882_279_13_157_101.wav | (ID) | | 2019-11-08 Call |
| F-3_1573504060_171_12_172_602.wav | (ID) | | 2019-11-11 Call |
| F-4_1573766674_229_12_199_481.wav | (ID) | | 2019-11-14 Call |
| F-5_1573851335_171_13_136_377.wav | (ID) | | 2019-11-15 Call |
| F-6_1574132048_279_12_175_470.wav | (ID) | | 2019-11-18 Call |
| F-7_1574544649_102_12_151_924.wav | (ID) | | 2019-11-23 Call |
| F-8_1574994371_102_12_163_511.wav | (ID) | | 2019-11-28 Call |
| F-9_1575596391_279_12_193_936.wav | (ID) | | 2019-12-05 Call |
| F-10_1576285887_279_12_169_124.wav | (ID) | | 2019-12-13 Call |
| F-11_Lambert FBI Visit 1.wav | (ID) | | Lambert FBI Visit 1.wav |
| F-11a_Lambert FBI Visit 1.wav | (ID) | | 2019-11-05 Call |
| F-11b_Lambert FBI Visit 1.wav | (ID) | | 2019-11-05 Call |
| F-11c_Lambert FBI Visit 1.wav | (ID) | | 2019-11-05 Call |
| F-12_Lambert FBI Visit 2.wav | (ID) | | Lambert FBI Visit 2.wav |
| F-12a_Lambert FBI Visit 2.wav | (ID) | | 2019-11-11 Call |
| F-12b_Lambert FBI Visit 2.wav | (ID) | | 2019-11-11 Call |
| F-13_Lambert Cantwell BP.wav | (ID) | | Lambert Cantwell BP.wav |
| F-14_Lambert on FBI and BP.wav | (ID) | | Lambert on FBI and BP.wav |
| F-14a_Lambert on FBI and BP.wav | (ID) | | 2019-11-11 Call |
| F-14b_Lambert on FBI and BP.wav | (ID) | | 2019-11-11 Call |
| F-15_Lambert on Cantwell in Court.wav | (ID) | | Lambert on Cantwell in Court.wav |

| Exhibit name | ID | Bates | Description |
|---|---|---|---|
| F-16_Lambert on Cantwell Case.wav | (ID) | | Lambert on Cantwell Case.wav |
| F-17_Lambert on NK Meme.wav | (ID) | | Lambert on NK Meme.wav |
| F-18_Lambert on Grand Jury.wav | (ID) | | Lambert on Grand Jury.wav |
| F-19_Lambert New Cantwell Prank.wav | (ID) | | Lambert New Cantwell Prank.wav |
| F-20_Lambert Notebook Paper1.wav | (ID) | | Lambert Notebook Paper1.wav |
| F-21_Lambert Notebook Paper2.wav | (ID) | | Lambert Notebook Paper2.wav |
| F-22_Lambert BP and NK.wav | (ID) | | Lambert BP and NK.wav |
| F-23_Lambert on Shooting.wav | (ID) | | Lambert on Shooting.wav |
| F-24_Lambert on Doxing 01 01 2020.wav | (ID) | | Lambert on Doxing 01 01 2020.wav |

| G SERIES - LAW ENFORCEMENT | | | |
|---|---|---|---|
| Exhibit name | ID | Bates | Description |
| G_17R239_REP-000008 to 17R239_REP-000008.03.pdf | (ID) | 17R239_REP-000008 to 17R239_REP-000008.3 | Cantwell's February 2019 ICC Complaint |
| G-1_17R239 REP-000164 to 17R239 REP-000164.06.pdf | (ID) | 17R239 REP-000164 to 17R239 REP-000164.06 | TIPS Report from Cantwell complaint |
| G-2_17R239_REP-000261 to 17R239_REP-000263_Redacted.pdf | (ID) | 17R239_REP-000261 to 17R239_REP-000263_Redacted | 2018 FBI Document Labeling Cantwell as "an existing full field investigation." |
| G-3_17R239 REP-001897.pdf | (ID) | 17R239 REP-001897 | FBI Cover Page Opening Investigation into Vic Mackey |
| G-4_17R239_REP-000406.pdf | (ID) | 17R239_REP-000406 | 10/11/2019 - FBI Email |
| G-5_17R239_EMAILS-000949 to 17R239_EMAILS-000951.pdf | (ID) | 17R239_EMAILS-000949 to 17R239_EMAILS-000951 | 12/09/2018 Cantwell Emails to Chidester |
| G-6_17R239_EMAILS-000022.pdf | (ID) | 17R239_EMAILS-000022 | 05/19/2019 Cantwell Email to Chidester |
| G-7_17R239_EMAILS-002153 to 17R239 EMAILS-002157_Redacted.pdf | (ID) | 17R239_EMAILS-002153 to 17R239 EMAILS-002157_Redacted | 06/21/2019 Cantwell Email to Chidester |
| G-8_17R239_EMAILS-002513 to 17R239_EMAILS-002530_Redacted.pdf | (ID) | 17R239_EMAILS-002513 to 17R239_EMAILS-002530_Redacted | 06/25/2019 Keene Police Email to FBI with Attached Images |
| G-9_17R239_REP-001874 to 17R239 REP-001878.pdf | (ID) | 17R239_REP-001874 to 17R239 REP-001878 | 10/24/2019 FBI Report on Vic Mackey |

| H SERIES - EMAILS | | | |
|---|---|---|---|
| Exhibit name | ID | Bates | Description |
| H_17R239 REP-000003 to 17R239 REP-000003.11_Redacted.pdf | (ID) | 17R239 REP-000003 to 17R239 REP-000003.11_Redacted | Cantwell's August 2019 emails to FBI |
| H-1_17R239 REP-000014 to 17R239 REP-000014.02.pdf | (ID) | 17R239 REP-000014 to 17R239 REP-000014.02 | Cantwell's December 2019 email providing Fry audio |
| H-2_17R239_REP-000391 to 17R239 REP-000401_Redacted.pdf | (ID) | 17R239 REP-000391 to 17R239 REP-000401 | FBI Complaint Recording Cantwell Email to FBI from 7/17/19 |

| Exhibit name | ID | Bates | Description |
|---|---|---|---|
| H-3_17R239_REP-000403 to 17R239_REP-000404.pdf | (ID) | 17R239_REP-000403 to 17R239_REP-000404 | Cantwell Email to FBI 10/02/2019 |
| H-4_17R239_REP-000593.pdf | (ID) | 17R239_REP-000593 | Cantwell Email to FBI 09/15/2019 |
| H-5_17R239_REP-000620 to 17R239_REP-000621_Redacted.pdf | (ID) | 17R239_REP-000620 to 17R239_REP-000621_Redacted | Cantwell Email to FBI 09/18/2019 |
| H-6_17R239 REP-000045 to 17R239 REP-000045.08_Redacted.pdf | (ID) | 17R239 REP-000045 to 17R239 REP-000045.08_Redacted.pdf | Lambert Email to FBI 02/05/2020 |
| H-7_17R239_REP-000450 to 17R239 REP-000452.pdf | (ID) | 17R239_REP-000450 to 17R239 REP-000452.pdf | Cantwell Email to 08/04/2019 |
| H-8_17R239 REP-000455 to 17R239 REP-000465_Redacted.pdf | (ID) | 17R239 REP-000455 to 17R239 REP-000465_Redacted.pdf | Cantwell Email to 07/17/2019 |
| H-9_17R239_EMAILS-000941_Redacted.pdf | (ID) | 17R239_EMAILS-000941_Redacted.pdf | Cantwell Email to 06/28/2019 |
| H-10_17R239_EMAILS-001381 to 17R239_EMAILS-001381_Redacted.pdf | (ID) | 17R239_EMAILS-001381 to 17R239_EMAILS-001381_Redacted.pdf | Cantwell Email to 08/28/2019 |

| I SERIES - CALL IN STUDIO | | | |
|---|---|---|---|
| Exhibit name | ID | Bates | Description |
| I_cantwell_billinglog.xlsx | (ID) | | Full excel record |
| I-1_All Cheddar Calls.xlsx | (ID) | | Lambert Excel call record |
| I-2_Radical Agenda Call Lambert.pdf | (ID) | | Lambert call record pdf |
| I-2a_Radical Agenda Call Lambert.pdf | | | Lambert call record pdf |
| I-2b_Radical Agenda Call Lambert.pdf | (ID) | | Lambert call record pdf |
| I-3_2020-08-13-cantwellcallinstudio.pdf | (ID) | | Authentication Documents Saulsbury |

| TIMELINES SUMMARIES | | | |
|---|---|---|---|
| Exhibit name | ID | Bates | Description |
| J_Transcript with Timestamps Cantwell Cheddarmane.pdf | (ID) | | Transcript of Lambert and Cantwell Exchange |

The defendant reserves the right to seek leave to amend its trial exhibit list as necessary.

Respectfully submitted,
Cristopher Cantwell
By his Attorney,

Date: September 25, 2020

/s/ Eric Wolpin
Eric Wolpin
N.H. Bar No. 18372
E-mail: eric_wolpin@fd.org

/s/ Jeff Levin
Jeffrey S. Levin
N.H. Bar No. 12901
Assistant Federal Defenders
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360

## CERTIFICATE OF SERVICE

I hereby certify that the above second supplemental exhibit list was served on September 25, 2020 in the manner specified herein: via email to AUSA Anna Krasinski and AUSA John Davis.

/s/ Eric Wolpin
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender