United States District Court
District of New Hampshire

USA

Plaintiff(s),

v.

Case No. 20-cr-6-01 PB

CHRISTOPHER CANTWELL

Defendant(s).

### Certification of Exhibits Submitted for Presentation Using the Jury Evidence Recording System (JERS)

The undersigned attorney(s) hereby certify that the exhibits provided to the court in electronic format prior to trial are exact replicas of the exhibits ultimately admitted into evidence and, to the extent I modified any admitted exhibit after it had been initially submitted to the court in electronic format, I have provided a modified electronic copy of that exhibit to opposing counsel and to the court for uploading into the JERS presentation system.

For the Plaintiff(s),

| Signature | Date |
|---|---|
| [signed] | 9/25/20 |
| Signature | Date |
| Signature | Date |
| Signature | Date |
| Signature | Date |

For the Defendant(s),

| Signature | Date |
|---|---|
| [signed] | 9/25/20 |
| Signature | Date |
| Signature | Date |
| Signature | Date |
| Signature | Date |

USDCNH-72 (09/30/11)

United States District Court
Western District
Exhibits Log: 20-cr-6-01 PB
USA v. Christopher Cantwell, 9/22/2020

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-100 | Telegram Chat between Christopher Cantwell and Cheddar Mane |
| Gov-101 | Article On Doxing and Anonymity |
| Gov-102 | Telegram Post by Christopher Cantwell |
| Gov-103 | Child abuse hotline |
| Gov-103-A | Child Abuse Hotline Call Transcript |
| Gov-104 | Outlawconservativecom Clip |
| Gov-104-A | Outlawconservativecom Clip Transcript |
| Gov-105 | Katelen Clip.mp3 |
| Gov-105-A | 105A_Katelen Transcript.pdf |
| Gov-106 | Katelen Clip.mp3 |
| Gov-106-A | 106A_Katelen Clip Transcript.pdf |
| Gov-108 | KatelenCantwellclip4 |
| Gov-108-A | KatelenCantwellclip4 Transcript |
| Gov-109 | KatelenCantwellclip5 |
| Gov-109-A | KatelenCantwellclip5 Transcript |
| Gov-110 | Hannah Pleasant clip.mp3 |
| Gov-110-A | 110A_Hannah Pleasants Clip Transcript.pdf |
| Gov-111 | Ingrid Dean Clip.mp3 |
| Gov-111-A | 111_Ingrid Dean Transcript.pdf |
| Gov-112 | Cantwell Post |
| Gov-113 | Post on christophercantwellcom |
| Gov-114 | Radical Agenda S05E044 False Flag Day June 14th 2019clipped |
| Gov-114-B | 114B-Radical Agenda S05E044 False Flag Day17R239REP002754.pdf |
| Gov-115 | Radical Agenda S05E045 Glowing Postal June 17th 2019clipped |
| Gov-115-B | 115B-Radical Agenda S05E045 Glowing Postal 17R239REP002755.pdf |
| Gov-116 | Screenshotspecifically mentioned my kids |
| Gov-117 | Screenshotgonna harm my family |
| Gov-119 | CPS Screenshot |
| Gov-200 | Cellphone Extraction-Cellphone Images Data |
| Gov-201 | Wife and Kids (front) Image |
| Gov-202 | Wife and Kids (back) Image |
| Gov-203 | Winfield Map |
| Gov-204 | Paper on Tongue Image |
| Gov-205 | From your Location Image |
| Gov-206 | Cheddy Blac screenshot |
| Gov-207 | Cheddy Blac screenshot |
| Gov-208 | Cheddy Blac screenshot |
| Gov-209 | Cheddy Blac screenshott |
| Gov-210 | Cheddy Blac screenshot |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-211 | Cheddy Blac screenshot |
| Gov-212 | Cheddy Blac screenshot |
| Gov-213 | Cheddy Blac screenshot |
| Gov-214 | Cantwell Post |
| Gov-215 | Christopher Cantwell screenshot |
| Gov-216 | Christopher Cantwell screenshot |
| Gov-217 | Christopher Cantwell screenshot |
| Gov-218 | Christopher Cantwell screenshot |
| Gov-219 | Christopher Cantwell screenshot |
| Gov-220 | Cheddy Blac screenshot |
| Gov-221 | Cheddy Blac screenshot |
| Gov-222 | Cheddy Blac screenshot |
| Gov-223 | Cheddy Blac screenshot |
| Gov-224 | Cheddy Blac screenshot |
| Gov-225 | Cheddy Blac screenshot |
| Gov-226 | Cheddy Blac screenshot |
| Gov-301 | Photo Peach and two males |
| Gov-302 | Photo of male in blue shirt |
| Gov-304 | Cantwell post |
| Gov-400 | Bowlcast_Episodes |
| Gov-600 | Pole Camera Image |
| Gov-601 | Pole Camera Image |
| Gov-603 | Pole Camera Image |
| Gov-605 | Pole Camera Image |
| Gov-608 | Pole Camera Image |
| Def-A-6 | Bowlcast Episode 3 Banner Image |
| Def-B-20 | March Telegram Cantwell Cheddar |
| Def-B-4b | Chris FBI meme Redacted |
| Def-B-5a | Radical Agenda Prank Calls.wav |
| Def-C-17 | cheddarmane avatar |
| Def-C-19 | 17R239 REP-000012 to 17R239 REP-000012.02 |
| Def-C-2 | 17R239_REP-000179 |
| Def-C-21 | Cheddar Tweet 03 05 2019 |
| Def-E-41 | Vic and Cheddar Rape Kessler - Bowlcast EP 3 |
| Def-E-43 | Vic and Cheddar Raping Yentas - Bowlcast EP 3 |
| Def-G | 17R239_REP-000008 to 17R239_REP-000008.03 |
| Def-I-2b | Radical Agenda Call Lambert |
| Court-1 | Superseding Indictment |
| Court-2 | Jury Instructions |