UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Christopher Cantwell

Case No. 20-cr-06-01 PB

## VERDICT

1. As to Count I of the Superseding Indictment charging the defendant with Extortionate Interstate Communications in violation of 18 U.S.C. § 875(b), we, the jury, find the defendant, Christopher Cantwell

   _____GUILTY_____
   Guilty/Not Guilty

2. As to Count II of the Superseding Indictment charging the defendant with Threating to Injure Property or Reputation in violation of 18 U.S.C. § 875(d), we, the jury, find the defendant, Christopher Cantwell

   _____GUILTY_____
   Guilty/Not Guilty

3. As to Count III of the Superseding Indictment charging the defendant with Cyberstalking in violation of 18 U.S.C. § 2261A(2), we, the jury, find the defendant, Christopher Cantwell

   _____NOT GUILTY_____
   Guilty/Not Guilty

Date: Sept 28, 2020          Foreperson