UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>CHRISTOPHER CANTWELL   ) | No. 1:20-cr-00006-PB |

**GOVERNMENT'S ASSENTED-TO MOTION TO SEAL AT LEVEL I
AN UNREDACTED VERSION OF GOVERNMENT'S EXHIBITS**

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, pursuant to Rule 49.1(f) of the Federal Rules of Criminal Procedure, hereby moves to seal at Level I the attached unredacted version of the Government's Exhibits 100, 102, 200, 201, 202, 203, 204, 206, 208, 209, 225, and 226.  In support of its motion, the government states as follows:

1. Trial in this matter began with jury selection on September 15, 2020.  The trial concluded on September 28, 2020.

2. The government introduced exhibits that contained personal identifying information – the victim's address – as well as exhibits that included photographs of the victim's minor children.  Exhibits with those information are identified as Government's Exhibits 100, 102, 200, 201, 202, 203, 204, 206, 208, 209, 225, and 226.

3. The government intends to provide the Clerk's Office with redacted version of those exhibits which can be made publicly available.  The government moves to seal the unredacted versions of Government's Exhibits 100, 102, 200, 201, 202, 203, 204, 206, 208, 209, 225, and 226 at Level I.

4. The government moves to seal the unredacted version of those exhibits to protect the privacy interests of the victim and the victim's minor children.

5. The defendant, through counsel, assents to this motion.

## Conclusion

6. For the reasons stated, the United States respectfully requests that the Court order that the unredacted version of Government's Exhibits 100, 102, 200, 201, 202, 203, 204, 206, 208, 209, 225, and 226 at Level I.

September 29, 2020                                             Respectfully submitted,

Scott W. Murray
United States Attorney

By:    /s/ Anna Krasinski
Anna Krasinski
John S. Davis
Assistant U.S. Attorneys
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552