UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.  No. 20-CR-00006-PB

CHRISTOPHER CANTWELL

### ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

Christopher Cantwell respectfully moves the Court to continue the sentencing hearing in this case, currently scheduled on January 4, 2021, for approximately 14 days.[1] As grounds for this motion, it is stated:

The Defense is preparing a sentencing memorandum. The Final PSR was received by the parties on December 17, 2020. The Defense currently has a deadline of December 25, 2020 to submit a sentencing memorandum. As a result of the pandemic, Counsel has been communicating with the Defendant by mail and telephonically rather than in-person. Counsel requires additional time to review the final PSR with the Defendant and complete the sentencing memorandum.

For rescheduling purposes, the Defendant notes herein his request that his sentencing hearing be held in-person rather than by video.

Government's counsel, through John Davis, AUSA, has been contacted and has no objection to this motion.

Wherefore, the defendant respectfully moves this Court to grant this motion, continue the sentencing hearing scheduled for January 4, 2021 for 14 days, and such other relief as may be deemed just and equitable.

---

[1] No memorandum accompanies this motion because one is not necessary as the government has assented to the motion.

Respectfully submitted,

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender
Eric_Wolpin @fd.org

*/s/ Jeffrey Levin*
Jeffrey Levin
N.H. Bar # 12901
Assistant Federal Public Defender
Jeff_Levin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020 the above document was served electronically upon all counsel of record through the CM/ECF filing system.

/s/ *Eric Wolpin*
Eric Wolpin