# Criminal Cases Report

## U.S. District Court -- District of New Hampshire
## Filed Report Period: 2/15/2011 - 2/15/2021

| Case Number/Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 1:20-cr-00006-PB USA v. Cantwell | *Case filed:* 01/22/2020 | | *Office:* Concord *Presider:* Paul J. Barbadoro Citation: 18:875B.F INTERSTATE COMMUNICATIONS - THREAT TO KIDNAP |
| 1 - Christopher Cantwell | *Added:* 01/22/2020 | 390 | *Presider:* Paul J. Barbadoro |

**Total Number of Cases Reported:** 1

## Selection Criteria for Report

| | |
|---|---|
| Office | All |
| Case type(s) | All |
| Citation | 18:875B.F |
| Pending counts | Yes |
| Disposed counts | Yes |
| CVB Cases | No |
| Filed Date | 2/15/2011 - 2/15/2021 |
| Case flags | All |
| Terminal digits | All |
| Pending defendants | Yes |
| Terminated defendants | Yes |
| Fugitive defendants | No |
| Non-fugitive defendants | Yes |
| Sort by | case number |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/15/2021 10:22:35 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Criminal Cases Report | **Search Criteria:** | Filed From: 2/15/2011 Filed To: 2/15/2021 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |