# Criminal Cases Report

## U.S. District Court -- District of New Hampshire
## Filed Report Period: 2/15/2011 - 2/15/2021

| Case Number/Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 1:15-cr-00115-PB<br>USA v. Vallee | *Case filed:* 07/15/2015<br>*Case closed:* 02/07/2017 | | *Office:* Concord<br>*Presider:* Paul J. Barbadoro<br>Citation: 18:875D.F INTERSTATE COMMUNICATIONS - THREATS TO PERSONS |
| 1 - Ryan J. Vallee | *Added:* 07/15/2015<br>*Closed:* 02/07/2017 | | *Presider:* Paul J. Barbadoro |
| 1:20-cr-00006-PB<br>USA v. Cantwell | *Case filed:* 01/22/2020 | | *Office:* Concord<br>*Presider:* Paul J. Barbadoro<br>Citation: 18:875D.F INTERSTATE COMMUNICATIONS - THREATS TO PERSONS |
| 1 - Christopher Cantwell | *Added:* 01/22/2020 | 390 | *Presider:* Paul J. Barbadoro |

**Total Number of Cases Reported:** 2

## Selection Criteria for Report

| | |
|---|---|
| **Office** | All |
| **Case type(s)** | All |
| **Citation** | 18:875D.F |
| **Pending counts** | Yes |
| **Disposed counts** | Yes |
| **CVB Cases** | Yes |
| **Filed Date** | 2/15/2011 - 2/15/2021 |
| **Case flags** | All |
| **Terminal digits** | All |
| **Pending defendants** | Yes |
| **Terminated defendants** | Yes |
| **Fugitive defendants** | No |
| **Non-fugitive defendants** | Yes |
| **Sort by** | case number |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 02/15/2021 10:23:46 | |
| **PACER Login:** | **Client Code:** |

| Description: | Criminal Cases Report | Search Criteria: | Filed From: 2/15/2011 Filed To: 2/15/2021 |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt flag: | Exempt | Exempt reason: | Always |