# Criminal Cases Report

## United States District Court -- District of Massachusetts
## Filed Report Period: 2/12/2011 - 2/12/2021

**Total Number of Cases Reported:** 0

### Selection Criteria for Report

| | |
|---|---|
| **Office** | All |
| **Case type(s)** | All |
| **Citation** | 18:875B.F |
| **Pending counts** | Yes |
| **Disposed counts** | Yes |
| **CVB Cases** | Yes |
| **Filed Date** | 2/12/2011 - 2/12/2021 |
| **Case flags** | All |
| **Terminal digits** | All |
| **Pending defendants** | Yes |
| **Terminated defendants** | Yes |
| **Fugitive defendants** | No |
| **Non-fugitive defendants** | Yes |
| **Sort by** | case number |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/12/2021 14:53:27 | | | |
| **PACER Login:** | ███████ | **Client Code:** | |
| **Description:** | Criminal Cases Report | **Search Criteria:** | Filed From: 2/12/2011 Filed To: 2/12/2021 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**