# Criminal Cases Report

## United States District Court -- District of Massachusetts
## Filed Report Period: 2/12/2011 - 2/12/2021

| Case Number/Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 1:11-cr-10151-MLW<br>USA v. Pizette | *Case filed:* 04/13/2011<br>*Case closed:* 10/24/2012 | | *Office:* Boston<br>*Presider:* Mark L. Wolf<br>Citation: 18:875D.F INTERSTATE COMMUNICATIONS - THREATS TO PERSONS |
| 1 - Joshua M. Pizette | *Added:* 04/13/2011<br>*Closed:* 10/24/2012 | | *Presider:* Mark L. Wolf |
| 1:13-cr-10138-GAO<br>USA v. Paulino | *Case filed:* 05/07/2013<br>*Case closed:* 06/13/2014 | | *Office:* Boston<br>*Presider:* George A. OToole, Jr.<br>Citation: 18:875D.F INTERSTATE COMMUNICATIONS - THREATS TO PERSONS |
| 1 - Felix Paulino | *Added:* 05/07/2013<br>*Closed:* 06/13/2014 | | *Presider:* George A. OToole, Jr. |
| 1:15-cr-10398-WGY<br>USA v. Connor | *Case filed:* 12/18/2015<br>*Case closed:* 04/08/2016 | | *Office:* Boston<br>*Presider:* William G. Young<br>Citation: 18:875D.F INTERSTATE COMMUNICATIONS - THREATS TO PERSONS |
| 1 - James Francis Connor, V | *Added:* 12/18/2015<br>*Closed:* 04/08/2016 | | *Presider:* William G. Young |

**Total Number of Cases Reported:** 3

## Selection Criteria for Report

| | |
|---|---|
| **Office** | All |
| **Case type(s)** | All |
| **Citation** | 18:875D.F |
| **Pending counts** | Yes |
| **Disposed counts** | Yes |
| **CVB Cases** | Yes |
| **Filed Date** | 2/12/2011 - 2/12/2021 |
| **Case flags** | All |
| **Terminal digits** | All |
| **Pending defendants** | Yes |
| **Terminated defendants** | Yes |
| **Fugitive defendants** | No |
| **Non-fugitive defendants** | Yes |

| Sort by | case number |
|---|---|

| PACER Service Center | |
|---|---|
| **Transaction Receipt** | |
| 02/12/2021 14:46:04 | |
| **PACER Login:** | ███████ | **Client Code:** | |
| **Description:** | Criminal Cases Report | **Search Criteria:** | Filed From: 2/12/2011 Filed To: 2/12/2021 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**