

UNITED STATES SENTENCING COMMISSION
# INTERACTIVE DATA ANALYZER

| HOME | MAJOR CRIME TYPES | SENTENCING OUTCOMES | **GUIDELINE APPLICATION** | METHODOLOGY | ? |

Sentences Relative to Guideline Range  |  Criminal History  |  Sentencing Table

## Sentences Under the Guidelines Manual and Variances Over Time
Fiscal Year 2015,2016,2017,2018,2019

Insufficient data. Please review filter settings.

The figure includes the 0 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure.
**FILTER:**
Fiscal Year: 2015,2016,2017,2018,2019; Circuit: All; State: All; District: New Hampshire; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: All; Guideline: §2B3.2

## Sentence Imposed Relative To The Guideline Range Over Time
Fiscal Year 2015,2016,2017,2018,2019

Insufficient data. Please review filter settings.

**Sidebar filters:**

Circuit --Select--
State --Select--
District New Ham
Clear Filter

**Demographics**
Race --Select--
Gender --Select--
Age --Select--
Citizenship --Select--
Education --Select--
Clear Filter

**Crime Type**
Crime Type --Select--
Clear Filter

**Primary Guideline**
Guideline §2B3.2
Clear Filter

Insufficient data. Please review filter settings.