**Sentence Imposed Relative to Guideline Range**
Fiscal Year 2015,2016,2017,2018,2019

| Sentence Range | 2015 N | 2015 % | 2016 N | 2016 % | 2017 N | 2017 % | 2018 N | 2018 % |
|---|---|---|---|---|---|---|---|---|
| Grand Total | 2 | 100.0% | 3 | 100.0% | 1 | 100.0% | 7 | 100.0% |
| Downward Departure Govt Motion | - | | 2 | 66.7% | 1 | 100.0% | - | |
| Downward Variance Govt Motion | - | | - | | - | | 1 | 14.3% |
| Non-Govt Downward Variance | 2 | 100.0% | 1 | 33.3% | - | | 6 | 85.7% |

**FILTER:**
 Fiscal Year: 2015,2016,2017,2018,2019; Crime Type: All; Guideline: §2B3.2 Circuit: All; State: Maine,Massachusetts,New Hampshire,Rhode Island; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All

 **SOURCE:** This was produced using the U.S. Sentencing Commission's Interactive Data Analyzer (IDA) (https://ida.ussc.gov).