UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | 1:20-cr-00006-01-PB |
| ] | |
| CHRISTOPHER CANTWELL ] | |

## NOTICE OF APPEAL

Defendant, Christopher Cantwell, respectfully appeals his conviction and sentence, upon which judgment was imposed on February 24, 2021, to the First Circuit Court of Appeals.

Respectfully submitted,

Date: March 5, 2021

/s/ Jeffrey S. Levin
Jeffrey S. Levin, AFPD
N.H. Bar No. 12901
Federal Defender Office
22 Bridge Street, Box 12
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Jeff_Levin@fd.org

/s/ Eric Wolpin
Eric Wolpin, AFPD
N.H. Bar No. 18372
Federal Defender Office
22 Bridge Street, Box 12
Concord, NH 03301
Tel. (603) 226-7360
E-mail: Eric_Wolpin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, the above document was electronically served through CM/ECF upon all counsel of record.

/s/ Jeffrey S. Levin
Jeffrey S. Levin