UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 20-cr-6-01 PB

2. TITLE OF CASE: USA v. Christopher Cantwell

3. TYPE OF CASE: Criminal

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Barbadoro

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **March 5, 2021**

8. DATE OF NOTICE OF APPEAL: **March 5, 2021**

9. FEE PAID or IFP: IFP

10. COURT APPOINTED COUNSEL: YES

11. COURT REPORTER(S):   and DATES:
    **Susan Bateman,** 6/26/2020, 8/24/2020, 8/31/2020, 9/18/2020, 9/22/2020, 9/23/2020, 9/25/2020, 1/11/2021, 2/24/2021.
    **Liza Dubois**, 8/28/2020, 9/10/2020, 9/15/2020, 9/21/2020, 9/23/2020, 9/24/2020, 9/28/2020.
    **Brenda Hancock,** 9/8/2020, 9/17/2020, 9/22/2020, 9/24/2020, 9/25/2020.

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: YES

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS: