```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE


USA

     v.                              No. 20-cr-6-01 PB

Christopher Cantwell
```

### CLERK'S CERTIFICATE TO CIRCUIT COURT OF APPEALS

I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 132 - 135

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

Hearing and/or trial exhibits will be mailed to the First Circuit Clerk's Office upon specific request from the Circuit.

> IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day,
>
> **FCPKGN'L0N[ PEJ , Clerk**
>
> **By: /s/ Vincent Negron, Deputy Clerk**
>
> **Mar 08, 2021**