*NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO AUGUST 10, 2021

```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * * * *
                                    *
UNITED STATES OF AMERICA            *
                                    *   1:20-cr-6-01-PB
              v.                    *   September 28, 2020
                                    *   10:13 a.m.
CHRISTOPHER CANTWELL                *
                                    *
* * * * * * * * * * * * * * * * * * *



                  TRANSCRIPT OF JURY TRIAL DAY 5
             BEFORE THE HONORABLE PAUL J. BARBADORO
```

Appearances:

For the Government:        John S. Davis, AUSA
                           Anna Z. Krasinski, AUSA
                           United States Attorney's Office

For the Defendant:         Eric Wolpin, Esq.
                           Jeffrey S. Levin, Esq.
                           Federal Defender's Office

Court Reporter:            Liza W. Dubois, RMR, CRR
                           Official Court Reporter

1           P R O C E E D I N G S
2                THE CLERK:  The Court understands that the jury has
3   reached a verdict in this case.  Would you please hand the
4   verdict form to the court security officer.
5                Will the defendant please stand.
6                In the matter of the United States of America vs.
7   Christopher Cantwell, criminal case number 20-cr-6-1-PB, as to
8   Count One of the superseding indictment charging the defendant
9   with extortionate interstate communications in violation of
10  18 U.S.C. 875(b), we, the jury, find the defendant, Christopher
11  Cantwell, guilty.
12               As to Count Two of the superseding indictment
13  charging the defendant with threatening to injure property or
14  reputation in violation of 18 U.S.C. 875(d), we, the jury, find
15  the defendant, Christopher Cantwell, guilty.
16               As to Count Three of the superseding indictment
17  charging the defendant with cyberstalking in violation of
18  18 U.S.C. 2261(a)(2), we, the jury, find the defendant,
19  Christopher Cantwell, not guilty.
20               Dated September 28th, 2020, signed by the
21  foreperson.
22               THE COURT:  All right.  Do you wish to have the jury
23  polled?
24               MR. WOLPIN:  Yes, your Honor.
25               THE COURT:  I would propose to poll them by asking

| | |
|---|---|
| 1 | each juror was your verdict guilty on Counts One and Two and |
| 2 | not guilty on Count Three.  Is that an acceptable way to do the |
| 3 | poll? |
| 4 |           MR. WOLPIN:  Yes, your Honor. |
| 5 |           THE COURT:  Okay. |
| 6 |           So, members of the jury, I'm going to ask you |
| 7 | individually to tell me whether, in fact, that was your |
| 8 | verdict.  And, I apologize, I'll just point and I'll go down |
| 9 | the front row, then I'll go the -- I'll go the second row and |
| 10 | then I'll go the third row all the way to the end.  Okay? |
| 11 |           So, ma'am, was your verdict guilty on Counts One and |
| 12 | Two and not guilty on Count Three? |
| 13 |           THE JUROR:  Yes. |
| 14 |           THE COURT:  Was your verdict guilty on Counts One |
| 15 | and Two and not guilty on Count Three? |
| 16 |           THE JUROR:  Yes. |
| 17 |           THE COURT:  Was your verdict guilty on Counts One |
| 18 | and Two and not guilty on Count Three? |
| 19 |           THE JUROR:  Yes. |
| 20 |           THE COURT:  Was your verdict guilty on Counts One |
| 21 | and Two and not guilty on Count Three? |
| 22 |           THE JUROR:  Yes. |
| 23 |           THE COURT:  Was your verdict guilty on Count One and |
| 24 | Two and not guilty on Count Three? |
| 25 |           THE JUROR:  Yes. |

| | |
|---|---|
| 1 | THE COURT:  Was your verdict guilty on Count One and |
| 2 | Two and not guilty on Count Three? |
| 3 | THE JUROR:  Yes. |
| 4 | THE COURT:  Was your verdict guilty on Counts One |
| 5 | and Two and not guilty on Count Three? |
| 6 | THE JUROR:  Yes. |
| 7 | THE COURT:  Was your verdict guilty on Counts One |
| 8 | and Two and not guilty on Count Three? |
| 9 | THE JUROR:  Yes. |
| 10 | THE COURT:  Was your verdict guilty on Counts One |
| 11 | and Two and not guilty on Count Three? |
| 12 | THE JUROR:  Yes. |
| 13 | THE COURT:  Was your verdict guilty on Counts One |
| 14 | and Two and not guilty on Count Three? |
| 15 | THE JUROR:  Yes. |
| 16 | THE COURT:  Was your verdict guilty on Counts One |
| 17 | and Two and not guilty on Count Three? |
| 18 | THE JUROR:  Yes. |
| 19 | THE COURT:  Was your verdict guilty on Counts One |
| 20 | and Two and not guilty on Count Three? |
| 21 | THE JUROR:  Yes, your Honor. |
| 22 | THE COURT:  All right.  Thank you. |
| 23 | Does -- before I discharge the jury, does counsel |
| 24 | need to me to do anything else?  Do you need to see me or |
| 25 | anything else before I discharge the jury? |

1            MR. WOLPIN:  No, your Honor.

2            THE COURT:  All right.  So on behalf of everyone

3  here, I want to thank you, members of the jury.  It's always a

4  sacrifice to serve.  It's particularly unpleasant when you have

5  to come into a building like this and wear a mask for eight or

6  ten hours a day and I really do appreciate the sacrifice that

7  you've made and want to thank you on behalf of everyone because

8  our constitutional right to trial by jury depends upon people

9  like you who are willing to come into court as ordinary

10 citizens, devote your time and attention to trying to -- to

11 give Mr. Cantwell, and every defendant in criminal cases, a

12 fair trial and I really do want to thank you for your service

13 here.

14           You're now discharged from your oath and obligation.

15 You're free to conduct any investigation that you want, say or

16 do anything that you want to do, with respect to the case.

17           I have a couple of things I have to do with counsel

18 here.  If I could ask you if you could just wait for me in the

19 jury deliberation room, I do want to thank you in person

20 individually.  And so if you could just wait for me for a

21 minute and I'll be in to talk to you.  And, again, thank you

22 for your service and you are excused.

23                      (Jury excused.)

24           THE COURT:  Do we have a sentencing date?

25           THE CLERK:  January 4th.

```
 1              THE COURT:  January 4th at --
 2              THE CLERK:  10:30.
 3              THE COURT:  -- 10:30 will be sentencing in this
 4   case.
 5              The defendant is currently in custody.  I see no
 6   reason to change his custody status.  Is there anything else
 7   that we need to cover today?
 8              MR. WOLPIN:  No, your Honor.
 9              THE COURT:  All right.  Thank you.
10              And I really do want to just take a moment and
11   commend counsel for both sides here.  We really -- in addition
12   to depending on jurors, we depend upon lawyers to bring their
13   skills to court.  And this was a very well tried case by both
14   the prosecutors and the defendant, defendants -- defendant,
15   excuse me, and I just want to thank you for a very well tried
16   case.  All right?
17              So we're done for the day.
18              (Proceedings concluded at 10:22 p.m.)
19
20
21
22
23
24
25
```

C E R T I F I C A T E

      I, Liza W. Dubois, do hereby certify that the foregoing transcript is a true and accurate transcription of the within proceedings, to the best of my knowledge, skill, ability and belief.

Submitted: 5/12/21         */s/ Liza W. Dubois*
                                   LIZA W. DUBOIS, RMR, CRR