# United States Court of Appeals
## For the First Circuit

No. 21-1186

UNITED STATES OF AMERICA,

Appellee,

v.

CHRISTOPHER CANTWELL,

Defendant, Appellant.

**JUDGMENT**

Entered: April 5, 2023

    This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Christopher Cantwell's conviction and sentence are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Jeffrey S. Levin, Christine DeMaso, John Staige Davis, Seth R. Aframe, Anna Z. Krasinski, Christopher Cantwell