# United States Court of Appeals
## For the First Circuit

No. 21-1186

UNITED STATES,

Appellee,

v.

CHRISTOPHER CANTWELL,

Defendant - Appellant.

**MANDATE**

Entered: April 27, 2023

In accordance with the judgment of April 5, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
John Staige Davis
Christine DeMaso
Anna Z. Krasinski
Jeffrey S. Levin